

# U.S. District Court

### Texas Western - San Antonio

Receipt Date: Jul 22, 2025 2:44PM

MARK ANTHONY ORTEGA
152 BEDINGFELD
SAN ANTONIO, TX 78231

| Rcpt. No: 8181 | Trans. Date: Jul 22, 2025 2:44PM | | Cashier ID: #DG (2225) | |
|---|---|---|---|---|
| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
| 200 | Civil Filing Fee- Non-Prisoner | | 1 | 405.00 | 405.00 |

| CD | Tender | | | Amt |
|---|---|---|---|---|
| CH | Check | #1027 | 07/15/2025 | $405.00 |
| | | | Total Due Prior to Payment: | $405.00 |
| | | | Total Tendered: | $405.00 |

**Comments:** 5:25-CV-865. MARK ANTHONY ORTEGA V. TRISMART SOLAR, LLC.

Clerk, US District Court - San Antonio Division - 262 W Nueva, Ste 1-400, San Antonio, TX 78207 (210) 472-6550 - www.txwd.uscourts.gov