Mark Anthony Ortega
152 Bedingfeld Dr
San Antonio, TX 78231



**RECEIVED**
JUL 1 8 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

U.S. District Clerks Office
262 West Nueva St. Rm 1-400
San Antonio, TX 78207

**SA25CA0865   JKP**

**MJ-HJB**