IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| Mark Anthony Ortega § | | |
| *Plaintiff,* § | | |
| § | | |
| v. § | Case No. 5:25-CV-00865-JKP-HJB | |
| § | | |
| TriSMART Solar, LLC § | | |
| *Defendant* § | | |

**NOTICE OF APPEARANCE OF COUNSEL**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Timothy R. Allen, and enters his appearance as the attorney of record for TriSMART Solar, LLC in the above entitled and numbered cause. All communications from the Court, counsel, or *pro se* parties regarding this case should be sent to the undersigned.

Respectfully submitted,

**TRISMART SOLAR, LLC**

 /s/ *Timothy R. Allen*
**TIMOTHY R. ALLEN**
Texas Bar No. 24092028
600 Northpark Central Drive, Suite 140
Houston, Texas 77073
832-553-6304
tallen@trismartsolar.com

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing document has been forwarded to all counsel of record and/or *pro se* parties pursuant to the Federal Rules of Civil Procedure 5(b)(2) on July 25, 2025.

 /s/ *Timothy R. Allen*
**TIMOTHY R. ALLEN**