Case 5:25-cv-00865-JKP-HJB   Document 6   Filed 07/25/25   Page 1 of 1

**FILED**
July 25, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____BT_____
DEPUTY

Name: Mark Anthony Ortega
Address: 152 Bedingfeld Dr
San Antonio, TX 78231
Phone Number: 210-744-9663
Email Address: mortega@utexas.edu
*Pro Se*

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS

| Mark Anthony Ortega | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | 5:25-CV-00865-JKP |
| v. | |
| TriSmart Solar, LLC | **APPLICATION FOR PERMISSION TO FILE ELECTRONICALLY** |
| DEFENDANT(S) | |

As the ☒ Plaintiff ☐ Defendant in the above-captioned matter, I respectfully ask the Court for permission to participate in electronic filing ("e-filing") in this case. I hereby affirm that:

1. I have reviewed the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases and the Local Court Rules available on the Court's website at www.txwd.uscourts.gov.

2. I understand that once I register for e-filing, I will receive notices and documents in this instant case only by e-mail and not by U.S. mail.

3. I understand that if my use of the Court's e-filing system is unsatisfactory, my e-filing privileges may be revoked and I will be required to file documents in paper, but will continue to receive documents via e-mail.

4. I understand that I may not e-file on behalf of any other person in this case.

5. I have regular access to the technical requirements necessary to e-file successfully:
   *Check all that apply.*
   - [✔] A Computer with internet access.
   - [✔] An email account on a daily basis to receive notifications from the Court and notices from the e-filing system.
   - [✔] A scanner to convert documents that are only in paper format into electronic files.
   - [✔] A printer or copier to create required paper copies such as chambers copies.
   - [✔] A word-processing program to create documents; and
   - [✔] A PDF reader and a PDF writer to convert word processing documents into PDF format, the only electronic format in which documents can be e-filed.

Date: 7/25/2025          Signature: /s/ Mark Anthony Ortega