IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| Mark Anthony Ortega | § | |
|     *Plaintiff,* | § | |
| | § | |
| v. | § | Case No. 5:25-CV-00865-JKP-HJB |
| | § | |
| TriSMART Solar, LLC | § | |
|     *Defendant* | § | |

## PROPOSED SCHEDULING RECOMMENDATIONS

The parties recommend that the following deadlines be entered in the scheduling order to control the course of this case:

1. <u>Initial Disclosures:</u> The parties must make initial disclosures as required by Federal Rule of Civil Procedure 26(a)(1). To the extent a defendant knows the identity of a responsible third party contemplated by Texas Civil Practices & Remedies Code § 33.004, such identity is subject to disclosure under Rule 26(a)(1)(A)(i).

2. <u>ADR Report:</u> On or before **December 5, 2025** the parties must submit a Joint Report indicating their agreement regarding a method of ADR, an ADR provider, the method of compensating the provider, and a date for completing the ADR proceeding no later than the date set out in Paragraph 10 below. See Local Rule CV-88(a).

3. <u>Offer of Settlement:</u> Parties asserting claims for relief must submit a written offer of settlement to opposing parties on or before **January 12, 2026** and each opposing party must respond, in writing on or before **January 26, 2026**. All offers of settlement are to be private, not filed. The parties must retain the written offers of settlement and response, as the Court will use these in assessing attorney's fees and costs at the conclusion of the proceedings. At any time, if the parties reach a settlement, they should immediately notify the Court by filing a joint advisory. The joint advisory must state the parties who reached the settlement and whether a settlement conference is required or desired. If a conference is requested, the parties must confer and provide mutually agreeable potential dates for the conference.

4. <u>Amended Pleadings, Joinder, and Responsible Third Parties:</u> On or before **March 12, 2026,** the parties must file any motion seeking leave to amend pleadings or join parties. To the extent it may apply in this case, the deadline for Defendant(s) to file a motion to designate responsible third parties, pursuant to Texas Civil Practice & Remedies Code § 33.004(a), is **January 12, 2026.**

5. <u>Designation of Experts:</u> Parties asserting claims for relief must file their designation of testifying experts and serve on all parties, but not file, the materials required by Federal Rule of Civil Procedure 26(a)(2)(B) on or before **April 6, 2026.**

6. <u>Designation of Experts (Continued):</u> Parties resisting claims for relief must file their designation of testifying experts and serve on all parties, but not file, the materials required by Federal Rule of Civil Procedure 26(a)(2)(B) on or before **May 6, 2026.**

7. <u>Designation of Rebuttal Experts:</u> Parties must file all designations of rebuttal experts and serve on all parties the material required by Federal Rule of Civil Procedure 26(a)(2)(B) for such rebuttal experts, to the extent not already served, within fourteen days of receipt of the report of the opposing expert.

8. <u>Supplemental Expert Reports:</u> The deadline to file supplemental expert reports required under Federal Rule of Civil Procedure 26(e)(2) is at least 30 days before trial. The parties are advised any report filed under this deadline may only supplement the initial report and may not introduce new opinion or subject matter. This deadline is not intended to provide an extension of the deadline by which a party must deliver the substance of its expert information or opinion.

9. <u>Discovery:</u> The parties must initiate all discovery procedures in time to complete discovery on or before **August 4, 2026.** Written discovery requests are not timely if they are filed so close to this deadline that under the Federal Rules of Civil Procedure the response would not be due until after the expiration of the deadline. *See* Local Rule CV-16(e). The parties may by agreement continue discovery beyond the deadline, but there will be no intervention by the Court except in exceptional circumstances. *See id*. No trial date setting or other deadline set forth herein will be vacated due to information obtained in post-deadline discovery.

10. <u>ADR:</u> Parties must complete the agreed mediation or other ADR proceeding by **August 19, 2026.** At the conclusion of any ADR proceeding, a report must be filed with the Court. *See* Local Rule CV-88(g).

11. <u>Expert Dispute Motions:</u> On or before **September 3, 2026**, the parties must file any motion to challenge or exclude expert witnesses. Any such motion must specifically state the basis for the motion and identify the objectionable testimony.

12. <u>Dispositive Motions:</u> On or before **September 18, 2026**, the parties must file any dispositive motions, including motions for summary judgment on all or some of the claims. Further, notwithstanding any deadline provided herein, no motion (other than a motion in limine) may be filed after this date except for good cause.

13. <u>Pretrial Conference and Trial:</u> The District Court will set dates for trial and the final pretrial conference after receiving and reviewing filed dispositive motions or after the deadline for such motions passes without a pertinent filing. At that time, it will likewise set appropriate deadlines for trial and pretrial conference matters.

Respectfully submitted,

**TRISMART SOLAR, LLC**

| | |
|---|---|
| /s/ *Mark A. Ortega* | /s/ *Timothy R. Allen* |
| **MARK ANTHONY ORTEGA** | **TIMOTHY R. ALLEN** |
| Plaintiff, Pro Se | TBN: 24092028 |
| PO Box 702099 | 600 Northpark Central Drive, Suite 140 |
| San Antonio, TX 78270 | Houston, Texas 77073 |
| 210-744-9663 | 832-553-6304 |
| mortega@utexas.edu | tallen@trismartsolar.com |

### CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document has been forwarded to all counsel of record pursuant to the Federal Rules of Civil Procedure 5(b)(2)(E) on October 29, 2025

/s/ *Timothy R. Allen*
**TIMOTHY R. ALLEN**
