**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| Mark Anthony Ortega | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Case No. 5:25-CV-00865-JKP-HJB |
| | § | |
| TriSMART Solar, LLC, and | § | |
| Jose Manuel Turrubiates | § | |
| *Defendants* | § | |

---

**ORDER GRANTING DEFENDANT TRISMART SOLAR, LLC'S MOTION TO DESIGNATE
RESPONSIBLE THIRD PARTIES**

---

On this date, the Court considered DEFENDANT TRISMART SOLAR, LLC'S MOTION TO DESIGNATE RESPONSIBLE THIRD PARTIES, any Response filed and, if set for oral hearing, the arguments of counsel and *pro se* parties. This Court has determined that Defendant's Motion to Designate Responsible Third Parties should be GRANTED. It is, therefore,

ORDERED, ADJUDGED, and DECREED that Smart Home Solar is hereby designated as a Responsible Third Party in this case pursuant to TEX. CIV. PRAC. & REM. CODE § 33.004. It is further,

ORDERED, ADJUDGED, and DECREED that Joe (Last Name Unknown) is hereby designated as a Responsible Third Party in this case pursuant to TEX. CIV. PRAC. & REM. CODE § 33.004. It is further,

ORDERED, ADJUDGED, and DECREED that Jose Manuel Turrubiates is hereby designated as a Responsible Third Party in this case pursuant to TEX. CIV. PRAC. & REM. CODE § 33.004. It is further,

ORDERED, ADJUDGED, and DECREED that Ed (Last Name Unknown) is hereby designated as a Responsible Third Party in this case pursuant to TEX. CIV. PRAC. & REM. CODE § 33.004.

Signed this _____ day of _____, 20__

_____
**JUDGE PRESIDING**