# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| **Mark Anthony Ortega** <br><br> *Plaintiff* <br><br> v. <br><br> **TRISMART SOLAR, LLC, and JOSE MANUEL TURRUBIATES,** <br><br> *Defendant* | Civil Action No. 5:25-cv-00865-JKP-HJB |

## AFFIDAVIT OF SERVICE

I, Ariana Flores-Rodriguez, state:

I am not a party to or interested in the outcome of this suit.

I received the following documents on December 6, 2025, at 2:49 pm. I delivered these documents to Jose Manuel Turrubiates in Bexar County, TX on December 10, 2025 at 1:45 pm at 533 E Carson St, San Antonio, TX 78208 by personal service by handing the following documents to an individual identified as Jose Manuel Turrubiates.

SUMMONS IN A CIVIL ACTION
PLAINTIFF'S FIRST AMENDED COMPLAINT
CIVIL COVER SHEET

Asian Male, est. age 55-64, glasses: N, Gray hair, 160 lbs to 180 lbs, 5' to 5' 3".
Geolocation of Serve: https://google.com/maps?q=29.4418383333,-98.4671633333
Photograph: See Exhibit 1

Total Cost: $95.00

My name is Ariana Flores-Rodriguez, I am 18 years of age or older, and my address is 8110 Pleasant Forrest, San Antonio, TX 78239, and USA.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in  Bexar County ,  TX  on  12/10/2025 .

/s/ *Ariana Flores-Rodriguez*

Ariana Flores-Rodriguez
+1 (210) 905-6565
Certification Number: PSC-26285
Expiration Date: 4/30/2027



Exhibit 1a)



Exhibit 1b)