**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| MARK ANTHONY ORTEGA | § | |
|       Plaintiff, | § | |
| v. | § | **Case No. 5:25-CV-00865-JKP-HJB** |
| | § | |
| TRISMART SOLAR, LLC, and JOSE | § | |
| MANUEL TURRUBIATES, | § | |
|       Defendants. | § | |

**[PROPOSED] ORDER DENYING DEFENDANT'S MOTION TO DESIGNATE**
**RESPONSIBLE THIRD PARTIES**

    Before the Court is Defendant TriSmart Solar, LLC's Motion to Designate Responsible Third Parties (ECF No. 22). The Court, having considered the Motion, Plaintiff's Response in Opposition, and the applicable law, finds that the Motion should be **DENIED**.

IT IS THEREFORE ORDERED that Defendant TriSmart Solar, LLC's Motion to Designate Responsible Third Parties is hereby **DENIED**.

SIGNED this _____ day of _____, 202\_\_.

                                                _____
                                                Henry J. Bemporad
                                                United States Magistrate Judge