UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MARK ANTHONY ORTEGA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | SA-25-CV-865-JKP (HJB) |
| | § | |
| TRISMART SOLAR, LLC and | § | |
| JOSE MANUEL TURRUBIATES, | § | |
| | § | |
| Defendants. | § | |

### ORDER SETTING VIDEO HEARING

Before the Court is Defendant TriSmart Solar, LLC's Motion to Designate Responsible Third Parties.  (Docket Entry 22.)  It is hereby **ORDERED** that TriSmart's motion (Docket Entry 22) is set for a hearing on **January 12, 2026**, at **10:30 A.M.**  The hearing will be held by video teleconference using the Zoom video platform.  On the designated date and time of the hearing, the parties are directed to join the ZOOMGOV using the following credentials:

**https://txwd-uscourts.zoomgov.com/j/16126018188**
**Meeting ID: 161 2601 8188**

The parties are responsible for ensuring, **in advance of the hearing**, that their video teleconference equipment is functioning and properly connects with the Court's system.  Parties experiencing any technical difficulties should contact Courtroom Deputy Cindy Miranda at cindy_miranda@txwd.uscourts.gov.

**SIGNED** on December 30, 2025.

_____
Henry J. Bemporad
United States Magistrate Judge