**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| MARK ANTHONY ORTEGA | § | |
| Plaintiff, | § | |
| v. | § | |
| | § | **Case No. 5:25-CV-00865-JKP-HJB** |
| TRISMART SOLAR, LLC, and JOSE | § | |
| MANUEL TURRUBIATES, | § | |
| Defendants. | § | |

## <u>CLERK'S ENTRY OF DEFAULT</u>

The Plaintiff, Mark Anthony Ortega, having filed a Complaint (ECF No. 1) on July 18, 2025, and the Defendant Jose Manuel Turrubiates having failed to plead or otherwise defend as required by the Federal Rules of Civil Procedure, and the time for responding having expired; IT IS ORDERED, that the Clerk enter the default of the Defendant, Jose Manuel Turrubiates.


By: _____
       Clerk of Court