Case 5:25-cv-00865-JKP-HJB   Document 27   Filed 01/09/26   Page 1 of 1

FILED
January 09, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____vnd_____
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| MARK ANTHONY ORTEGA §<br>　　　　　Plaintiff, §<br>v. §<br>§<br>TRISMART SOLAR, LLC, and JOSE §<br>MANUEL TURRUBIATES, §<br>　　　　　Defendants. § | Case No. 5:25-CV-00865-JKP-HJB |

## CLERK'S ENTRY OF DEFAULT

The Plaintiff, Mark Anthony Ortega, having filed a Complaint (ECF No. 1) on July 18, 2025, and the Defendant Jose Manuel Turrubiates having failed to plead or otherwise defend as required by the Federal Rules of Civil Procedure, and the time for responding having expired;

IT IS ORDERED, that the Clerk enter the default of the Defendant, Jose Manuel Turrubiates.

By: *Veronica De Los Santos*
　　　Clerk of Court