UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MARK ANTHONY ORTEGA, | § § § | |
| Plaintiff, | § § | |
| v. | § § | SA-25-CV-865-JKP (HJB) |
| TRISMART SOLAR, LLC and JOSE MANUEL TURRUBIATES, | § § § § | |
| Defendants. | § § | |

**ORDER**

Before the Court is the Motion to Designate Responsible Third Parties filed by Defendant TriSmart Solar, LLC. (Docket Entry 22.) Pretrial matters in this case have been referred to the undersigned for consideration pursuant to 28 U.S.C. § 636(b)(1)(A). (*See* Docket Entry 4.)

The Court held a hearing on TriSmart's motion on January 12, 2026. Plaintiff appeared at the hearing; counsel for TriSmart did not. In accordance with the Court's rulings at the hearing, it is hereby **ORDERED** as follows:

1) In light of counsel's unexplained absence from the hearing, TriSmart's Motion to Designate Responsible Third Parties (Docket Entry 22) is **DENIED WITHOUT PREJUDICE**.

2) **On or before January 26, 2026**, counsel for TriSmart must **SHOW CAUSE** why sanctions should not be imposed under Federal Rule of Civil Procedure 16(f)(1)(A) for his failure to appear at the hearing as ordered.

**SIGNED** on January 12, 2026.

_____
Henry J. Bemporad
United States Magistrate Judge