**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| MARK ANTHONY ORTEGA | § | |
| Plaintiff, | § | **Case No. 5:25-CV-00865-JKP-HJB** |
| v. | § | |
| | § | |
| TRISMART SOLAR, LLC | § | |
| Defendants. | § | |

### ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE
### TO FILE SECOND AMENDED COMPLAINT

On this day, the Court considered Plaintiff's Motion for Leave to File Second Amended

Complaint. The Court, having considered the Motion finds that the Motion is well-taken and

should be **GRANTED**.

**IT IS THEREFORE ORDERED** that Plaintiff is granted leave to file the Second Amended

Complaint. The Clerk is directed to file the First Amended Complaint attached to the Motion as

**Exhibit A**.

SIGNED this _____ day of _____, 2026

_____
HENRY J. BEMPORAD
UNITED STATES MAGISTRATE JUDGE