UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MARK ANTHONY ORTEGA, | § § § | |
| Plaintiff, | § § | |
| v. | § § | SA-25-CV-865-JKP (HJB) |
| TRISMART SOLAR, LLC and JOSE MANUEL TURRUBIATES, | § § § § | |
| Defendants. | § § | |

## ORDER

A hearing was set in this case on January 12, 2026. Defendant TriSmart Solar, LLC ("TriSmart") did not appear for the conference. Accordingly, the undersigned required that defense counsel for TriSmart to show cause why sanctions should not be imposed for failure to appear. (*See* Docket Entry 29, citing FED. R. CIV. P. 16(f)(1)(A).)

Defense Counsel has responded to the Show Cause Order. (Docket Entry 33.) After careful consideration of the response, the Court finds that no sanctions should be imposed.

It is so **ORDERED**.

**SIGNED** on January 28, 2026.

Henry J. Bemporad
United States Magistrate Judge