UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| MARK ANTHONY ORTEGA, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | SA-25-CV-865-JKP (HJB) |
| § | |
| TRISMART SOLAR, LLC and § | |
| JOSE MANUEL TURRUBIATES, § | |
| § | |
| Defendants. § | |

**ORDER SETTING
VIDEO HEARING**

Before the Court is Plaintiff's Motion for Leave to File Second Amended Complaint. (Docket Entry 30.)  It is hereby **ORDERED** that Plaintiff's motion (Docket Entry 30) is set for a hearing on **March 3, 2026**, at **3:30 P.M.**  The hearing will be held by video teleconference using the Zoom video platform.  On the designated date and time of the hearing, the parties are directed to join the ZOOMGOV using the following credentials:

**https://txwd-uscourts.zoomgov.com/j/16126018188
Meeting ID: 161 2601 8188**

The parties are responsible for ensuring, **in advance of the hearing**, that their video teleconference equipment is functioning and properly connects with the Court's system.  Parties experiencing any technical difficulties should contact Courtroom Deputy Cindy Miranda at cindy_miranda@txwd.uscourts.gov.

**SIGNED** on February 13, 2026.

Henry J. Bemporad
United States Magistrate Judge