UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MARK ANTHONY ORTEGA, | § § § | |
| Plaintiff, | § § | |
| v. | § § | SA-25-CV-865-JKP (HJB) |
| TRISMART SOLAR, LLC and JOSE MANUEL TURRUBIATES, | § § § § | |
| Defendants. | § § | |

### ORDER

Before the Court is Plaintiff's Motion for Leave to File Second Amended Complaint. (Docket Entry 30.) Pretrial matters in this case have been referred to the undersigned for consideration pursuant to 28 U.S.C. § 636(b). (Docket Entry 4.)

The Court held a hearing on Plaintiff's motion on March 3, 2026. In accordance with the Court's rulings at the hearing, it is hereby **ORDERED** as follows:

1) Plaintiff's Motion for Leave to File Second Amended Complaint (Docket Entry 30) is **GRANTED**. The Clerk of Court is directed to file Plaintiff's Second Amended Complaint attached to his motion as Docket Entry 30-2.

2) The deadline for Defendant TriSmart Solar, LLC, to answer the Second Amended Complaint is **EXTENDED** to **April 17, 2026**.

3) **On or before April 3, 2026**, the parties must file a Joint Advisory as to the status of settlement negotiations in the case.

**SIGNED** on March 3, 2026.

_____
Henry J. Bemporad
United States Magistrate Judge