**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| MARK ANTHONY ORTEGA | § | |
| Plaintiff, | § | |
| v. | § | |
| | § | **Case No. 5:25-CV-00865-JKP-HJB** |
| TRISMART SOLAR, LLC; JOSE MANUEL | § | |
| TURRUBIATES; and MARK BENCH | § | |
| Defendants. | § | |

**APPENDIX OF EVIDENCE IN SUPPORT OF PLAINTIFF'S OPPOSED MOTION FOR
PRELIMINARY INJUNCTION**

**INDEX OF EXHIBITS**

Exhibit A: Transcript of March 16, 2026, Telemarketing Call from "Joash" at TriSmart Solar

Exhibit B: Twilio Carrier Lookup for Caller ID (928) 466-2492

Exhibit C: March 16, 2026, Meet and Confer Email sent to Timothy R. Allen

Exhibit D: Mail Delivery Subsystem Bounce-Back Message for tallen@trismartsolar.com

### DECLARATION OF MARK ANTHONY ORTEGA

Pursuant to 28 U.S.C. § 1746, I, Mark Anthony Ortega, declare as follows:

1. I am over the age of eighteen, competent to testify, and have personal knowledge of the facts stated herein. I am the Plaintiff in the above-captioned civil action.

2. I am the regular and sole user of the cellular telephone number (210) 744-9663.

3. On March 16, 2026, at approximately 2:22 PM, I received an unsolicited telemarketing call to my cellular telephone from the caller ID number (928) 466-2492. I personally answered and recorded this call.

4. Attached hereto as Exhibit A is a true and accurate transcript of the recording I made of the March 16, 2026, call with the agent who identified himself as "Joash" calling on behalf of TriSmart Solar.

5. Following the call, I personally conducted a line-type intelligence search using the Twilio lookup tool for the number (928) 466-2492. Attached hereto as Exhibit B is a true and correct copy of the screenshot I took of the Twilio search results, which identifies the number as a "Peerless Network" Non-Fixed VoIP line.

6. On March 16, 2026, I personally drafted and sent a meet-and-confer email regarding these ongoing violations to TriSmart's counsel, Timothy Allen, at both tallen@trismartsolar.com and timothyallenlaw@gmail.com. Attached hereto as Exhibit C is a true and correct copy of that email.

7. Immediately after sending the email, I received an automated bounce-back notification stating that the address tallen@trismartsolar.com could not be found. Attached hereto as Exhibit D is a true and correct copy of that failure notification.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 25th day of March, 2026.

/s/ Mark Anthony Ortega
Mark Anthony Ortega

# EXHIBIT A

## TRANSCRIPT OF AUDIO RECORDING

**Date of Call:** March 16, 2026
**Time of Call:** 2:22PM Central Time
**Caller ID Number:** (928) 466-2492
**Phone Number Called:** (210) 744-9663
**Participants:**

> **MARK:** Mark Anthony Ortega (Plaintiff)
> **JOASH:** "Joash," Telemarketing Agent for TriSmart Solar

**[BEGIN AUDIO TRANSCRIPT]**
*BEEP FROM CALLER'S SYSTEM*
**JOASH:** Hi, is this Mark?
**MARK:** Yeah.
**JOASH:** Hi Mark, you speaking to Joash. I'm calling you from TriSmart Solar. How are you today?
**MARK:** Good, good.
**JOASH:** That's great. I'm calling in due to the various reports we've had on the high payments on electricity bills. So we're currently doing a quick survey to find out if your home qualifies for solar energy. Is that okay with you?
**MARK:** You said your name was what?
**JOASH:** Joash. I'm calling you from TriSmart Solar. So we are a solar marketing agency.
**MARK:** How do you spell your name?
**JOASH**: J-O-A-S-H
**MARK:** J-O-A-S-H?
**JOASH:** Correct, yes.
**MARK:** Okay. Um—
**JOASH:** Yeah. So what I was saying is...
**MARK:** Is what…?
**JOASH:** So yeah, we are currently doing a quick survey to find out if your home is eligible for solar energy. So I'm just calling in to find out if that's okay with you.
**MARK:** Um, I thought you— I thought I was already on your guys's do not call list. Do you guys not have one?
**JOASH:** Sorry?.... Sorry?
**MARK:**  Do you guys have like an internal do not call list?
**JOASH:** A call list? What do you mean by a call list?
**MARK:** Like an internal do not call list.
**JOASH:** Oh, you mean like— no, no, no, we do not.
**MARK:** Oh, you do not?
**JOASH:** But if you— if you're not interested... if you're not interested and you'd like me to take your name off the list, then I can do that.
**MARK:** Yeah, I'm not interested.

**JOASH:** But if you'd like to find out more— you're not. Okay.
**MARK:** Yeah, don't contact me.
**JOASH:** Okay, thank you. Thank you, Mark. Take care.
**[END OF AUDIO TRANSCRIPT]**

# EXHIBIT B

## (Default) Format information

**Calling country code**
1

**Country code**
US

**Phone number**
+19284662492

**National format**
(928) 466-2492

## Caller name information

**Caller name**
null

**Caller type**
UNDETERMINED

**Error code**
---

## Line type intelligence information

**Mobile country code**
310

**Mobile network code**
null

**Carrier name**
Peerless Network

**Type**
nonFixedVoip

**Error code**
---



**Get**

Curl | Java | Ruby | PHP | Python | C# | Node.js

```
curl -X GET "https://lookups.twilio.com/v2/PhoneNumbers/+1928-466-2492?
Fields=line_type_intelligence,caller_name"
-u $TWILIO_ACCOUNT_SID:$TWILIO_AUTH_TOKEN
```

**Response**

```json
{
  "call_forwarding": null,
  "caller_name": {
    "caller_name": null,
    "caller_type": "UNDETERMINED",
    "error_code": null
  },
  "calling_country_code": "1",
  "country_code": "US",
  "identity_match": null,
  "line_status": null,
  "line_type_intelligence": {
    "carrier_name": "Peerless Network",
    "error_code": null,
    "mobile_country_code": "310",
    "mobile_network_code": null,
    "type": "nonFixedVoip"
  },
  "national_format": "(928) 466-2492",
  "phone_number": "+19284662492",
```

# EXHIBIT C

**From:** **Mark Ortega** MOrtega@utexas.edu
**Subject:** Meet and Confer: Motion for Preliminary Injunction - Ortega v. TriSmart Solar, LLC (Case No. 5:25-CV-00865-JKP-HJB)
**Date:** March 16, 2026 at 2:47 PM
**To:** Timothy Allen timothyallenlaw@gmail.com
**Cc:** Timothy Allen tallen@trismartsolar.com



Hi Tim,

I am writing to confer with you in good faith pursuant to the Local Rules of the Western District of Texas prior to filing a Motion for a Preliminary Injunction.

Despite this ongoing litigation and your previous representations regarding TriSmart's operational status, the unlawful telemarketing campaign to my phone is continuing. Today, March 16, 2026, at 2:22 PM, I received another unsolicited telemarketing call from 928-466-2492. The caller, "Joash," stated he was calling from TriSmart Solar. During the call, he explicitly admitted that TriSmart does not maintain an internal do-not-call list, which is a direct violation of 47 C.F.R. § 64.1200(d) and contradicts TriSmart's previous pleadings.

Because these violations are ongoing and causing continuous harm, I intend to file a Motion for a Preliminary Injunction. The motion will ask the Court to immediately enjoin TriSmart Solar, LLC, along with its officers, agents, and third-party lead generators, from placing any further telephone solicitations to my number (210-744-9663) during the pendency of this lawsuit.

Please let me know if TriSmart will stipulate to this injunction and agree to cease the calls, or if you will oppose the motion. Given the ongoing nature of this harassment, please provide your position by 5:00pm this Friday March 20th, 2026. If I do not hear from you by that time, or if we cannot reach an agreement, I will note that the motion is opposed and file it with the Court.

Regards,
Mark Anthony Ortega

# EXHIBIT D

**From:** **Mail Delivery Subsystem** mailer-daemon@googlemail.com
**Subject:** Delivery Status Notification (Failure)
**Date:** March 16, 2026 at 2:47 PM
**To:** MOrtega@utexas.edu



## Address not found

Your message wasn't delivered to **tallen@trismartsolar.com** because the address couldn't be found, or is unable to receive mail.

**LEARN MORE**

The response was:

```
550 5.1.1 The email account that you tried to reach does not exist. Please
try double-checking the recipient's email address for typos or unnecessary
spaces. For more information, go to https://support.google.com/mail/?
p=NoSuchUser 46e09a7af769-7d78441e9e8sor4516804a34.13 - gsmtp
```

Reporting-MTA: dns; googlemail.com
Received-From-MTA: dns; mortega@utexas.edu
Arrival-Date: Mon, 16 Mar 2026 12:47:47 -0700 (PDT)
X-Original-Message-ID: <68C7FCC3-E263-4A3B-B37C-9AE1D85BF3E7@utexas.edu>

Final-Recipient: rfc822; tallen@trismartsolar.com
Action: failed
Status: 5.1.1
Diagnostic-Code: smtp; 550-5.1.1 The email account that you tried to reach does not exist. Please try
550-5.1.1 double-checking the recipient's email address for typos or
550-5.1.1 unnecessary spaces. For more information, go to
550 5.1.1  https://support.google.com/mail/?p=NoSuchUser 46e09a7af769-7d78441e9e8sor4516804a34.13 - gsmtp
Last-Attempt-Date: Mon, 16 Mar 2026 12:47:48 -0700 (PDT)
DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
    d=utexas.edu; s=google; t=1773690467; x=1774295267; darn=trismartsolar.com;
    h=to:cc:date:message-id:subject:mime-version
     :content-transfer-encoding:from:from:to:cc:subject:date:message-id
     :reply-to;
    bh=rgadYzRwqZC/p21xiZPENbVkDeNEzVYVu04GoP8MDsg=;
    b=Oyg9cwl/0DjpFmWHACEbNA1nAjrCOl6lOEE6Dcq/nUV0Z2ONZX+TQ2Ct6Dg9+q3PiP
     I+IR2Cvh0e/RWb5exWRGURAi0cH2KFpig8X1vJ3tN7AUfB4i3o8cRuDTK88B/tYnBzo3
     PMaVM7ZpQfhvzSzyw6bsuiRYSaO5oBSjSGl7SUoaDqhNMbTJ9GE1fH+VD2wMx70HnDhD
     BoCU+Wm6AWfmf7w49Hw+jv6MqH9ZtkfVsM3w/NK5eJXwENilmxC3HPG83yDwnyksUhRb
     WDjvku1IYJz4FGZzBuY0qep3dTrbm54bF7wTYzuiDxHFkR2JlgkkE0qQPEsfVY1Dt4Dv
     QfkA==
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
    d=1e100.net; s=20251104; t=1773690467; x=1774295267;
    h=to:cc:date:message-id:subject:mime-version
     :content-transfer-encoding:from:x-gm-gg:x-gm-message-state:from:to
     :cc:subject:date:message-id:reply-to;
    bh=rgadYzRwqZC/p21xiZPENbVkDeNEzVYVu04GoP8MDsg=;
    b=H0dBWtnDZhEuikLelDlajjbLZHkLLFJK8GMKwtxQRIrEWi1hpOY6DuB8hN0PeSY2pY

NjaQKWJwcICeePC9XylCXDDN0j6SUBlp2JkGA//A9Q9TwdciOmunwubCaqzC9sdbt16I
0Lo8B85xN+8sEYiynD8qKQqkBGLCtofOUJC1vQUyAxtlix5iZYW3jP8bNfKVGub3buIr
+f1DjcJJmWCq3kJI6zzZj9dvFhRSsLVcR0JWPaKfvb2SWRceYrizAElruheZlJx84ySY
ZCQHvopicU9oyIlanG+Oz67VmUOizgDJydov+cVN27NWYEEFNaT+1BhVGDvEC6WJ0ElA
nU1A==
X-Gm-Message-State: AOJu0YwqZLUMXO+tNZXCYTuXxgb8C/gsCjOOiGLeKHGB2M+96Laoet6m
WknsdKOjWpuXO22mD+R60dSFKidlK4qqdh4S+BzGN211c380su1pSz+JrANGOQRnVBw=
X-Gm-Gg: ATEYQzyChqAGUEDLyRrD5IaXMnX3bUHHfD7coQ9sXj08qG/uWaWrxaiQvWT7guIFOve
yTyixmSnU+Ex6YKRlQKgTqlDGXdTzFuJ5yBQ6iCqN18eD1QrrQyKljxacu81dNacqsR/iDK70pH
Uxx2aL6/tAzjPF93rWC23i8H8jNs4P9S+iP44+ZfJ/WUtJXdzLq8TR7un+1LfPhfwN+s7/AnetD
fj5GQPEfXeL9BRlJBG8shpTmtha+zXq/tge0242L+qJuJNuIINTMZyYsd1X0hL+M7/tnSZ9FOd/
z9Xri2qcgGF+0VW8vwIw9nUqllAK/OLUm7qxy54g223DV2sb0tsUCw16LSp6xuTHimeQollZUex
pkVu7FTldJ7ars7yAsnlVz+9JCXtR5GtKmJarmzRYnrALZsHP1F54UrXbFq7ueTZ6yU05jyTi0n
weTBr5GHkqQZl/zhJ338igHrZ4WEnR8GWmVD3b7yU2iPOQ3y/WrudUsckAOhlPXs/XJcfAiHZZo
0xK4PFCDnFeoW80k4a/Kw==
X-Received: by 2002:a05:6820:169e:b0:67b:baca:a49b with SMTP id 006d021491bc7-67bdaa9000bmr9477283eaf.67.1773690467563;
    Mon, 16 Mar 2026 12:47:47 -0700 (PDT)
Return-Path: <mortega@utexas.edu>
Received: from smtpclient.apple (162-204-1-231.lightspeed.snantx.sbcglobal.net. [162.204.1.231])
    by smtp.gmail.com with ESMTPSA id 006d021491bc7-67bc9342ad0sm9898047eaf.15.2026.03.16.12.47.47
    (version=TLS1_2 cipher=ECDHE-ECDSA-AES128-GCM-SHA256 bits=128/128);
    Mon, 16 Mar 2026 12:47:47 -0700 (PDT)
From: Mark Ortega <mortega@utexas.edu>
X-Google-Original-From: Mark Ortega <MOrtega@utexas.edu>
Content-Type: text/plain;
    charset=utf-8
Content-Transfer-Encoding: quoted-printable
Mime-Version: 1.0 (Mac OS X Mail 16.0 \(3864.400.21\))
Subject: Meet and Confer: Motion for Preliminary Injunction - Ortega v.
TriSmart Solar, LLC (Case No. 5:25-CV-00865-JKP-HJB)
Message-Id: <68C7FCC3-E263-4A3B-B37C-9AE1D85BF3E7@utexas.edu>
Date: Mon, 16 Mar 2026 14:47:36 -0500
Cc: Timothy Allen <tallen@trismartsolar.com>
To: Timothy Allen <timothyallenlaw@gmail.com>
X-Mailer: Apple Mail (2.3864.400.21)