**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| MARK ANTHONY ORTEGA | § | |
| Plaintiff, | § | |
| v. | § | |
| | § | **Case No. 5:25-CV-00865-JKP-HJB** |
| TRISMART SOLAR, LLC; JOSE MANUEL | § | |
| TURRUBIATES; and MARK BENCH | § | |
| Defendants. | § | |

## <u>ORDER GRANTING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION</u>

Before the Court is Plaintiff Mark Anthony Ortega's Motion for a Preliminary Injunction. Having considered the Motion, the accompanying Appendix of Evidence, and the applicable law, the Court finds that the Motion should be **GRANTED**.

Pursuant to Federal Rule of Civil Procedure 65(d), the Court makes the following findings in support of this Preliminary Injunction:

a. Plaintiff has presented credible, authenticated evidence, including a transcript demonstrating a substantial likelihood of success on his claim that Defendant TriSmart Solar, LLC operates without an internal do-not-call list, in violation of 47 C.F.R. § 64.1200(d).

b. Plaintiff has demonstrated a substantial threat of irreparable harm. The ongoing telemarketing calls constitute a continuous invasion of privacy and nuisance. Furthermore, given Defendants' prior representations to this Court regarding TriSmart Solar, LLC's financial distress and furlough status (ECF No. 33), money damages may be illusory and uncollectible, making prospective injunctive relief the only adequate remedy.

c.  The threatened injury to Plaintiff outweighs any potential harm to Defendants. Defendants suffer no legally cognizable harm by being enjoined from initiating telemarketing calls in violation of federal law.

d.  Granting this injunction will not disserve the public interest. To the contrary, enforcing the Telephone Consumer Protection Act ("TCPA") and enjoining unlawful telemarketing practices directly serves the public interest.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Plaintiff's Motion for a Preliminary Injunction is **GRANTED**.

IT IS FURTHER ORDERED that Defendants TriSmart Solar, LLC, Jose Manuel Turrubiates, and Mark Bench, along with their officers, agents, servants, employees, attorneys, and any third-party lead generators or other persons acting in active concert or participation with them who receive actual notice of this Order, are hereby **IMMEDIATELY ENJOINED AND RESTRAINED** from initiating, or causing to be initiated, any telephone solicitations or telemarketing calls, absent an emergency, to Plaintiff Mark Anthony Ortega's cellular telephone number (210) 744-9663.

IT IS FURTHER ORDERED that this Preliminary Injunction shall remain in full force and effect until a final judgment is entered in this action, or until further order of this Court.

IT IS FURTHER ORDERED that, pursuant to Federal Rule of Civil Procedure 65(c), the Court finds that Defendants will incur no financial costs or damages by complying with this Order to cease calling a single specific telephone number. Therefore, the requirement for Plaintiff to post a security bond is **WAIVED**.

SIGNED this _____ day of _____, 2026.

_____
JASON PULLIAM
UNITED STATES DISTRICT JUDGE

2