AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    **5:25-CV-00865-JKP-HJB**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (I))*

This summons for   **Mark Bench**
was received by me on  **3/13/2026:**

☐   I personally served the **PLAINTIFF'S SECOND AMENDED COMPLAINT; SUMMONS; CIVIL COVER SHEET** on the individual at *(place)*  on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☐   I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of  organization)*; or

☒    I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 86.00** for services, for a total of **$ 86.00**.

I declare under penalty of perjury that this information is true.

Date:  04/01/2026

_____
*Server's signature*

**Olanrewaju Ogunde**
*Printed name and title*

**9604 Blue Water Hyssop**
**Conroe, TX 77385**

_____
*Server's address*

Additional information regarding attempted service, etc:

**3/14/2026 6:31 PM: There was no answer at the address.**
**3/26/2026 8:51 PM: I spoke with an individual who identified themselves as the resident and they stated subject resides but not available at this time.**
**3/28/2026 5:37 PM: There was no answer at the address. I identified a White 2021 TESLA MODEL S RGD3154 registered to the subject.**
**3/31/2026 4:37 PM: I spoke with an individual who identified themselves as the subject's spouse and they stated subject resides but not available at this time. I identified a Black 2023 CADILLAC ESCALADE SXR6786 registered to the subject.**
**4/1/2026 9:18 AM: There was no answer at the address.**




Tracking #: **0216222740**

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 3)

Civil Action No.    **5:25-CV-00865-JKP-HJB**



Tracking #: **0216222740**

