# Exhibits

**Defendant:** Mark Bench
**Address:** 27510 Whispering Maple Way, Spring, Montgomery County, TX 77386

## CBC Innovis Search Results

| Address | Business Indicator | First Reported | Last Reported |
|---|---|---|---|
| **27510 Whispering Maple Way, Spring, TX 77386** | | 12/05/2021 | |
| 256 N SAM HOUSTON PKWY E STE 125, HOUSTON, TX 77060-2007 | x | 09/09/2015 | |
| 256 N SAM HOUSTON PKWY E STE 1, HOUSTON, TX 77060-2008 *(Verification Level: Premises Partial)* | x | 08/30/2015 | |
| 2838 LEGENDS CREST DR, SPRING, TX 77386 | | 11/02/2013 | |
| 500 SPRING HILL DR STE 210, SPRING, TX 77386-6025 | x | 01/30/2012 | |
| 29710 N LEGENDS CHASE CT, SPRING, TX 77386 | | 03/19/2011 | |
| 555 E 3RD AVE BSMT, SALT LAKE CITY, UT 84103 | | 09/18/2010 | |
| 3426 ZERMATT DR, RIVERTON, UT 84065 | | 04/18/2010 | |
| 11258 S PORTOBELLO RD, SOUTH JORDAN, UT 84095 | | 02/17/2009 | |
| 12532 TIMBERLINE DR, HIGHLAND, UT 84003 | | 09/09/2008 | |
| 366 E 760 N, OREM, UT 84057 | | 11/29/2006 | |
| 3705 CORALBERRY CT, ARLINGTON, TX 76014-4221 *(Verification Level: Premises Partial)* | x | 06/29/2006 | |
| 553 3RD AVE, SALT LAKE CITY, UT 84103 | | 11/24/2005 | |
| 1242 E KEITH DR, SANDY, UT 84094 | | 10/16/2005 | |

## Accurint Search Results

| Address | Business Indicator | First Reported | Last Reported |
|---|---|---|---|
| **27510 Whispering Maple Way, Spring, TX 77386** | | 11/01/2021 | 01/01/2026 |
| 15200 E HARDY RD APT, HOUSTON, TX 77032-2718 *(Verification Level: Premises Partial)* | x | 01/01/2021 | 11/01/2022 |
| 256 N SAM HOUSTON PKWY E STE 125, HOUSTON, TX 77060-2007 | x | 09/01/2015 | 08/01/2021 |
| 2838 LEGENDS CREST DR, SPRING, TX 77386 | | 11/01/2013 | 07/01/2025 |
| 29710 S LEGENDS CHASE CT, SPRING, TX 77386 | | 06/01/2011 | 06/01/2014 |
| 29710 N LEGENDS CHASE CT, SPRING, TX 77386 | | 03/01/2011 | 06/01/2020 |
| 555 E 3RD AVE BSMT, SALT LAKE CITY, UT 84103 | | 09/01/2010 | 11/01/2012 |
| 500 SPRING HILL DR STE 210, SPRING, TX 77386-6025 | x | 08/01/2010 | 12/01/2016 |
| 11258 S PORTOBELLO RD, SOUTH JORDAN, UT 84095 | | 02/01/2009 | 11/01/2011 |
| 12532 TIMBERLINE DR, HIGHLAND, UT 84003 | | 08/01/2008 | 02/01/2009 |
| 366 N 760 W, OREM, UT 84057-4519 | | 12/01/2005 | 09/01/2011 |
| 553 3RD AVE, SALT LAKE CITY, UT 84103 | | 11/01/2005 | 05/01/2006 |
| 1242 E KEITH, MURRAY, UT 84107 *(Verification Level: None)* | | 07/01/2005 | 09/01/2005 |
| 366 E 760 N, OREM, UT 84057 | | 09/01/2001 | 11/01/2012 |
| 1242 E KEITH DR, SANDY, UT 84094 | | 05/01/2001 | 06/01/2012 |

# Exhibits

## TLO Search Results

| Address | Business Indicator | First Reported | Last Reported |
|---|---|---|---|
| 145 S 400 E, NEPHI, UT 84648 | | 11/24/2020 | 11/19/2025 |
| 2838 LEGENDS, SPRING, TX 77386 (Verification Level: None) | | 03/13/2015 | 03/13/2015 |
| 555 E 3RD AVE BSMT, SALT LAKE CITY, UT 84103 | | 10/09/2014 | 04/01/2017 |
| 2838 LEGENDS CREST DR, SPRING, TX 77386 | | 05/31/2014 | 12/01/2025 |
| 1922 TREASURE MOUNTAIN DR, SPRING, TX 77388 | | 08/01/2012 | 08/01/2012 |
| **27510 Whispering Maple Way, Spring, TX 77386** | | 07/03/2012 | 03/12/2026 |
| 553 3RD AVE, SALT LAKE CITY, UT 84103 | | 08/04/2011 | 08/04/2011 |
| 29710 S LEGENDS CHASE CT, SPRING, TX 77386 | | 06/22/2011 | 10/10/2011 |
| 29710 N LEGENDS CHASE CT, SPRING, TX 77386 | | 03/01/2011 | 04/12/2018 |
| 3426 ZERMATT DR, RIVERTON, UT 84065 | | 03/31/2010 | 08/09/2010 |
| 11258 S PORTOBELLO RD, SOUTH JORDAN, UT 84095 | | 02/01/2009 | 04/01/2017 |
| 12532 TIMBERLINE DR, HIGHLAND, UT 84003 | | 08/01/2008 | 12/06/2016 |
| 1242 E KEITH DR, SANDY, UT 84094 | | 11/01/2006 | 07/01/2019 |
| 366 E 760 N, OREM, UT 84057 | | 12/15/2005 | 03/23/2012 |
| 6076 BLUE RIDGE DR, HIGHLANDS RANCH, CO 80130 (Verification Level: Premises Partial) | x | 06/01/2005 | 06/01/2005 |

## Drivers Licenses (TLO)

**DL#:** (redacted), **DL State:** TX, **Issued:** 07/03/2012, **Name:** MARK AARON BENCH, **Address: 27510 WHISPERING MAPLE WAY, SPRING, TX 77386**, **DOB:** (redacted)

**DL#:** (redacted), **DL State:** TX, **Reported:** 12/30/2025, **Name:** MARK AARON BENCH, **Address: 27510 WHISPERING MAPLE WAY, SPRING, TX 77386**, **DOB:** (redacted)

## Vehicles (TLO)

| Registration Date | Expiration Date | Registered Owners | Vehicle | Plate |
|---|---|---|---|---|
| 09/06/2013 | 12/31/2026 | MARK AARON BENCH (co-registrant) - **27510 WHISPERING MAPLE WAY, SPRING, TX 77386** (02/17/2026) | Silver 2013 TOYOTA TUNDRA | CKG1501 (TX) |
| 07/07/2016 | 12/15/2026 | MARK AARON BENCH (registrant) - 600 NORTHPARK CENTRAL DR, HOUSTON, TX 77073 (04/12/2024) TRISMART SOLAR (co-registrant) - 2463 FREEDOM DR, SAN ANTONIO, TX 78217 (04/12/2024) | White 2014 TOYOTA SCION XB | HMS5444 (TX) |
| 12/10/2021 | 11/30/2026 | MARK AARON BENCH (registrant) - **27510 WHISPERING MAPLE WAY, SPRING, TX 77386** (12/01/2025) | White 2021 TESLA MODEL S | RGD3154 (TX) |
| 08/12/2016 | 11/30/2026 | MARK BENCH (registrant) - 145 S 400 E, NEPHI, UT 84648 (11/19/2025) | 1999 CHEVROLET SUBURBAN | D230ZB (UT) |
| 04/19/2023 | 03/31/2026 | MARK AARON BENCH (registrant) - **27510 WHISPERING MAPLE WAY, SPRING, TX 77386** (04/01/2025) | Black 2023 CADILLAC ESCALADE | SXR6786 (TX) |

## Forwards reported per National Change of Address (NCOA) service

**From** 2838 Legends Crest Dr, Spring, TX 77386-3556 **to 27510 Whispering Maple Way, Spring, TX 77386-3544 on** 04/2022 (I)

## Property Ownership (TLO)

**Address: 27510 Whispering Maple Way, Spring, TX 77386-3544**, **Owner(s):** JODI BENCH, MARK BENCH, **Purchase Date:** 11/2021, **Homestead:** yes

**Address:** 145 S 400 E, Nephi, UT 84648-1935, **Owner(s):** SHIRLEY BENCH, **Purchase Date:** N/A