**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **MARK ANTHONY ORTEGA** | § | |
| *Plaintiff,* | § | |
| vs. | § | |
| | § | |
| **TRISMART SOLAR, LLC, JOSE** | § | **Case No. 5:25-CV-00865-JKP-HJB** |
| **MANUEL TURRUBIATES, and** | § | |
| **MARK BENCH,** | § | |
| *Defendants.* | § | |

## ORDER GRANTING PLAINTIFF'S MOTION FOR SUBSTITUTE SERVICE

Before the Court is Plaintiff Mark Anthony Ortega's Motion for Substitute Service of Summons on Defendant Mark Bench. Having considered the Motion, the attached sworn Proof of Service, and the applicable law under Federal Rule of Civil Procedure 4(e)(1) and Texas Rule of Civil Procedure 106(b), the Court finds that Plaintiff has made diligent but unsuccessful attempts to effectuate personal service on Defendant Mark Bench.

The Court further finds that the sworn evidence demonstrates Defendant Mark Bench resides at 27510 Whispering Maple Way, Spring, TX 77386, and that the method of substitute service requested by Plaintiff will be reasonably effective to give the Defendant notice of the suit.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion for Substitute Service is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff is authorized to serve Defendant Mark Bench with process by mailing a true and correct copy of the Summons, the Second Amended Complaint, the Civil Cover Sheet, and this Order to Defendant Mark Bench at his residence located at:

27510 Whispering Maple Way, Spring, TX 77386

The documents must be mailed using both of the following methods simultaneously:

1. Certified Mail, Return Receipt Requested; AND

1

2.  Standard First-Class Mail.

**IT IS FURTHER ORDERED** that service shall be deemed complete and effective upon the mailing of the documents in accordance with this Order. Plaintiff shall file proof of such mailing with the Court to establish that service was executed.

**SIGNED** this _____ day of _____, 2026.

                                                        _____

HONORABLE HENRY J. BEMPORAD
UNITED STATES MAGISTRATE JUDGE