**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| MARK ANTHONY ORTEGA | § | |
| Plaintiff, | § | |
| v. | § | |
| | § | |
| TRISMART SOLAR, LLC and JOSE | § | **Case No. 5:25-CV-00865-JKP-HJB** |
| MANUEL TURRUBIATES, and MARK | § | |
| BENCH | § | |
| Defendants. | § | |

## PLAINTIFF'S ADVISORY TO THE COURT REGARDING SETTLEMENT NEGOTIATIONS

Plaintiff Mark Anthony Ortega ("Plaintiff"), proceeding pro se, respectfully submits this Advisory to the Court regarding the status of settlement negotiations, pursuant to the Court's Order dated March 3, 2026 (ECF No. 39).

Plaintiff apologizes to the Court for filing this advisory past the April 3, 2026 deadline. Plaintiff delayed filing in hopes of securing a substantive response from defense counsel so that a Joint Advisory could be filed as ordered. However, due to delays in communication and the current status of Defendants' settlement posture, a joint filing could not be achieved.

In support of this Advisory, Plaintiff informs the Court of the following:

### Status of Settlement Negotiations

Following the Court's pretrial conference on March 3, 2026, Plaintiff and counsel for Defendant TriSmart Solar, LLC, Timothy R. Allen, spoke via telephone to discuss the case. During that call, Mr. Allen stated that he would consult with his client and get back to Plaintiff regarding potential settlement discussions.

After not receiving an update, Plaintiff proactively reached out to Mr. Allen via email on March 28, 2026, to schedule a time to confer in anticipation of the Court's April 3, 2026 deadline.

1

Mr. Allen responded on the afternoon of April 3, 2026. In his correspondence, Mr. Allen apologized for the delay and indicated that he currently lacks the authority from his client to engage in settlement negotiations.

Consequently, there are currently no active settlement negotiations between the parties.

### Defendant Bench's Evasion of Service

Plaintiff additionally notes that the possibility of early case resolution has been further frustrated by the actions of TriSmart's CEO, Defendant Mark Bench. As detailed in Plaintiff's recently filed Motion for Substitute Service (ECF No. 43, filed April 1, 2026), Defendant Bench has been actively evading service of process. This evasion has forced Plaintiff to expend additional time and resources to formally serve him and move this litigation forward.

### CONCLUSION

Plaintiff remains open to resolving this matter in good faith should Defendants obtain the necessary authority to engage in meaningful settlement discussions.

Dated: April 7, 2026                    Respectfully submitted,

<u>/s/ Mark Anthony Ortega</u>
Mark Anthony Ortega
Plaintiff, Pro Se
mortega@utexas.edu
PO Box 702099
San Antonio, TX 78270
 210) 744-9663

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 7, 2026, a true and correct copy of the foregoing Plaintiff's Advisory to the Court Regarding Settlement Negotiations was served via the Court's CM/ECF system and/or via electronic mail or first-class mail to all counsel of record and parties as listed below:

Timothy R. Allen
600 Northpark Central Drive, Suite 140
Houston, Texas 77073
tallen@trismartsolar.com
timothyallenlaw@gmail.com
**Attorney for Defendant TriSMART Solar, LLC**

Jose Manuel Turrubiates
533 E Carson St
San Antonio, TX 78208
**Defendant, Pro Se**

*/s/ Mark Anthony Ortega*
Mark Anthony Ortega