**FILED**

April 27, 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ BT _____

DEPUTY

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

|  |  |  |
|---|---|---|
| MARK ANTHONY ORTEGA | § | |
| Plaintiff, | § | |
| v. | § | **Case No. 5:25-CV-00865-JKP-HJB** |
| | § | |
| TRISMART SOLAR, LLC, JOSE MANUEL | § | |
| TURRUBIATES, and MARK BENCH | § | |
| Defendants. | § | |

**PLAINTIFF'S DECLARATION OF PROOF OF SUBSTITUTE SERVICE ON
DEFENDANT MARK BENCH**

I, Mark Anthony Ortega, declare as follows:

1. I am the Plaintiff in the above-entitled action, proceeding pro se. I am over the age of eighteen years and am competent to make this declaration based upon my own personal knowledge.

2. On April 6, 2026, the Honorable Magistrate Judge Henry J. Bemporad entered an Order Granting Plaintiff's Motion for Substitute Service (ECF No. 45). The Order authorized me to serve Defendant Mark Bench by simultaneously mailing a true and correct copy of the Summons, the Second Amended Complaint, the Civil Cover Sheet, and the Order to his residence located at 27510 Whispering Maple Way, Spring, TX 77386 via (1) Certified Mail, Return Receipt Requested, and (2) Standard First-Class Mail.

3. On April 8, 2026, in strict compliance with the Court's Order, I had true and correct copies of the Summons, the Second Amended Complaint, the Civil Cover Sheet, and the Court's April 6 Order mailed in two separate envelopes addressed to Defendant Mark Bench at 27510 Whispering Maple Way, Spring, TX 77386.

4. I mailed the documents using both of the following methods simultaneously:

5. Envelope 1 was mailed via United States Postal Service (USPS) Certified Mail, Return Receipt Requested, bearing Tracking Number: 9414811898765525929663.

6. Envelope 2 was mailed via USPS Standard First-Class Mail.

7. Attached hereto as Exhibit A is a true and correct copy of my shipping log demonstrating that both the Certified Mail and First-Class Mail pieces were generated and addressed to Mark Bench on April 8, 2026.

8. According to the official USPS tracking history, attached hereto as Exhibit B, the Certified Mail piece was accepted at the USPS Origin Facility on April 8, 2026. After being held at the destination post office, the tracking was updated on April 27, 2026, to state "Unclaimed/Being Returned to Sender."

9. The envelope sent simultaneously via Standard First-Class Mail has not been returned to me as undeliverable.

10. The Court's April 6, 2026 Order expressly states: "IT IS FURTHER ORDERED that service shall be deemed complete and effective upon the mailing of the documents in accordance with this Order." Therefore, service upon Defendant Mark Bench was completed and effective on April 8, 2026.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 27th day of April, 2026.

/s/ Mark Anthony Ortega
Mark Anthony Ortega
Plaintiff, Pro Se
mortega@utexas.edu
PO Box 702099
San Antonio, TX 78270
 210) 744-9663