# EXHIBIT A

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | | | 04/08/2026 17:56:18 | 00040898765586361832 | Mark Bench | 27510 Whispering Maple Way | Spring | TX | 77386 | | |
| ☐ | I | | 04/08/2026 17:56:14 | 9414811898765525929663 | Mark Bench | 27510 Whispering Maple Way | Spring | TX | 77386 | Your item arrived at... | |