# EXHIBIT B

**ALERT: IMPACTS FROM SEVERE WEATHER IN THE MIDWEST AND SOUTHERN U.S. MAY DELAY FINAL DELIVERY OF YOUR MAIL AND PACKAGES. READ MORE › (HTTPS://ABOUT.USPS.COM/NEWSROOM/SERVICE-ALERTS/)**

# USPS Tracking®

FAQs >

**Track Packages Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More**

(https://reg.usps.com/xsell?app=UspsTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

Remove ✕

Tracking Number:

## 9414811898765525929663

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item could not be delivered on April 27, 2026 at 10:18 am in SPRING, TX 77380. It was held for the required number of days and is being returned to the sender.

Get More Out of USPS Tracking:

USPS Tracking Plus®

**Alert**

● **Unclaimed/Being Returned to Sender**
SPRING, TX 77380
April 27, 2026, 10:18 am

● **Missing Mail Search Request Initiated, Missing Mail Search Request ID MRC 26 2499 8491**
April 22, 2026, 11:10 am

● **In Transit to Next Facility**

April 16, 2026

**Arrived at USPS Regional Destination Facility**

NORTH HOUSTON TX DISTRIBUTION CENTER
April 11, 2026, 10:41 am

**Arrived at USPS Regional Destination Facility**

SOUTH HOUSTON PROCESSING CENTER
April 10, 2026, 11:57 am

**Arrived at USPS Origin Facility**

PORTLAND, OR 97215
April 8, 2026, 8:52 pm

**Accepted at USPS Origin Facility**

PORTLAND, OR 97230
April 8, 2026, 7:37 pm

**Shipment Received, Package Acceptance Pending**

PORTLAND, OR 97230
April 8, 2026, 6:12 pm

**Shipping Label Created, USPS Awaiting Item**

PORTLAND, OR 97230
April 8, 2026, 12:56 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?**
(https://faq.usps.com/s/article/Where-is-my-package)

---

## Text & Email Updates ⌄

---

## Return Receipt Electronic ⌄

---

## USPS Tracking Plus® ⌄

---

## Product Information ⌄

See Less ∧

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs