## IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

MARK ANTHONY ORTEGA                         §
                  Plaintiff,          §
      v.                                    §
                          §   **Case No. 5:25-CV-00865-JKP-HJB**
TRISMART SOLAR, LLC, JOSE MANUEL            §
TURRUBIATES, and MARK BENCH                 §
                Defendants.         §

### PLAINTIFF'S MOTION FOR CLERK'S ENTRY OF DEFAULT

Plaintiff, Mark Anthony Ortega ("Plaintiff"), requests that the Clerk of Court enter default against Defendant Mark Bench ("Bench"), pursuant to Federal Rule of Civil Procedure 55(a). In support of this request, Plaintiff states the following:

### SUMMARY

1.      The proof of service (ECF No. 47) demonstrates that Bench was properly served with a copy of Plaintiff's Second Amended Complaint (ECF No. 40) and Summons in this case on April 8, 2026, pursuant to the Court's Order Granting Substitute Service (ECF No. 45).

2.      More than twenty-one (21) days have elapsed since the date of service of process, and Bench has failed to answer, challenge, or otherwise defend as required by Federal Rule of Civil Procedure 12(a)(1)(A) and as demonstrated by the record in this action and by the Declaration of Mark Anthony Ortega filed concurrently with this motion.

### BACKGROUND

3.      On March 3, 2026, Plaintiff filed his Second Amended Complaint (ECF No. 40) against Defendants, including Mark Bench, seeking monetary relief for violations of the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227 et seq., the Texas Business and Commercial

1

Code, Chapter 302 & 305, and Fraudulent Transfer under the Texas Uniform Fraudulent Transfer Act.

4.      Plaintiff properly served Bench with the Second Amended Complaint and Summons on April 8, 2026 (ECF No. 47).

5.      Bench has not appeared in this action.

## ARGUMENTS AND AUTHORITIES

6.      The Clerk of Court must enter a default against a party who has not filed a responsive pleading or otherwise defended the suit. Fed. R. Civ. P. 55(a); *see N.Y. Life Ins. Co. v. Brown*, 84 F.3d 137, 141 (5th Cir. 1996).

7.      The Clerk should enter a default against Bench because he did not file a responsive pleading within 21 days of service. Fed. R. Civ. P. 12(a)(1)(A)(i); Fed. R. Civ. P. 6(d); *see* Fed. R. Civ. P. 55(a).

8.      The Clerk should enter a default against Bench because he did not otherwise defend the suit. Fed. R. Civ. P. 55(a).

9.      Because Bench did not file a responsive pleading or otherwise defend the suit, he is not entitled to notice of entry of default. *See* Fed. R. Civ. P. 5(a)(2); *New York Life Ins. Co. v. Brown*, 84 F.3d 137, 141-42 (5th Cir. 1996).

10.     Plaintiff is therefore, entitled to entry of default against Bench because he has failed to file an answer to the Second Amended Complaint or any other responsive pleadings. This entry of default is authorized by Rule 55 of the Federal Rules of Civil Procedure.

## PRAYER

For the foregoing reasons, Plaintiffs respectfully request the Clerk of Court to enter a default against Defendant Bench in this matter.

Dated: May 3, 2026                          Respectfully submitted,

                                            /s/ *Mark Anthony Ortega*
                                            Mark Anthony Ortega
                                            Plaintiff, Pro Se
                                            mortega@utexas.edu
                                            PO Box 702099
                                            San Antonio, TX 78270
                                            Telephone: (210) 744-9663

## CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2026, I served a true and correct copy of this document on the parties and/or attorneys of record via first class mail to Defendant Mark Bench at the following address:

Mark Bench
27510 Whispering Maple Way
Spring, TX 77386

                                            /s/ *Mark Anthony Ortega*
                                            Mark Anthony Ortega

3

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| MARK ANTHONY ORTEGA | § | |
| Plaintiff, | § | |
| v. | § | |
| | § | **Case No. 5:25-CV-00865-JKP-HJB** |
| TRISMART SOLAR, LLC, and JOSE | § | |
| MANUEL TURRUBIATES | § | |
| Defendants. | § | |

**DECLARATION IN SUPPORT OF CLERK'S ENTRY OF DEFAULT**

I hereby certify that I, Mark Anthony Ortega, am the Plaintiff in the above cause, and that Defendant Mark Bench ("Bench") was served on April 8, 2026, as evidenced by the Proof of Service (ECF No. 47).

I further certify that Bench has failed to serve an answer or other responsive pleading and the defendant is neither an infant (under age 21) nor an incompetent person.

Pursuant to the Servicemembers Civil Relief Act, 50 U.S.C. § 3931, I state that I am unable to determine whether or not Defendant Mark Bench is in the military service. I do not possess his Date of Birth or Social Security Number required to perform a definitive military status check through the Department of Defense Manpower Data Center. However, Defendant Bench is known to me as the Chief Executive Officer of TriSmart Solar, LLC.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: May 3, 2026

Respectfully Submitted,

/s/ *Mark Anthony Ortega*
Mark Anthony Ortega
Plaintiff, Pro Se
mortega@utexas.edu
PO Box 702099
San Antonio, TX 78270
(210) 744-9663

4