**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| MARK ANTHONY ORTEGA § | |
| Plaintiff, § | |
| v. § | |
| § | **Case No. 5:25-CV-00865-JKP-HJB** |
| TRISMART SOLAR, LLC, JOSE MANUEL § | |
| TURRUBIATES, and MARK BENCH § | |
| Defendants. § | |

## CLERK'S ENTRY OF DEFAULT

The Plaintiff, Mark Anthony Ortega, having filed a Second Amended Complaint (ECF No. 40) on March 3, 2026, and the Defendant Mark Bench having failed to plead or otherwise defend as required by the Federal Rules of Civil Procedure, and the time for responding having expired; IT IS ORDERED, that the Clerk enter the default of the Defendant, Mark Bench.

By: _____
　　　Clerk of Court

1