## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| Mark Anthony Ortega | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Case No. 5:25-CV-00865-JKP-HJB |
| | § | |
| TriSMART Solar, LLC, et al | § | |
| *Defendants* | § | |

---

### DEFENDANT MARK BENCH'S RESPONSE TO MOTION FOR DEFAULT

---

Defendant MARK BENCH, by his undersigned counsel, responds to Plaintiff Mark Ortega's Motion for Clerk's Entry of Default (ECF No. 50) as follows:

1.   Defendant BENCH has filed an answer and appeared in this proceeding. *See* ECF No. 51.

2.   Accordingly, a default judgment may not be entered. See Fed. R. Civ. P. 55(a).  To the extent that any default judgment has been entered, Defendant requests the Court set aside that default pursuant to Fed. R. Civ. P. 55(c).

### PRAYER

For the foregoing reason, Defendant Bench respectfully requests the Court deny Plaintiff's Motion for Clerk's Entry of Default.

Respectfully submitted,

**TRISMART SOLAR, LLC**

 /s/ *Timothy R. Allen*

**TIMOTHY R. ALLEN**
Texas Bar No. 24092028
600 Northpark Central Drive, Suite 140
Houston, Texas 77073
832-553-6304
tallen@trismartsolar.com
timothyallenlaw@gmail.com

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document has been forwarded to all counsel of record and pro-se parties pursuant to Federal Rules of Civil Procedure 5 on May 4, 2026.

 /s/ *Timothy R. Allen*
**TIMOTHY R. ALLEN**