*Ortega v. TriSMART Solar, LLC, et al.  -  No. 5:25-CV-00865-JKP-HJB (W.D. Tex.)*

# EXHIBIT B

Defendant TriSMART Solar, LLC's Objections and Responses to
Plaintiff's First Requests for Production (Dec. 8, 2025)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| Mark Anthony Ortega | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Case No. 5:25-CV-00865-JKP-HJB |
| | § | |
| TriSMART Solar, LLC | § | |
| *Defendant* | § | |

### DEFENDANT TRISMART SOLAR, LLC'S OBJECTIONS AND RESPONSES TO PLAINTIFF MARK ORTEGA'S FIRST REQUEST FOR PRODUCTION

TO:   Plaintiff MARK ORTEGA.

COMES NOW, Defendant TRISMART SOLAR, LLC, who responds and files this, their Objections and Responses to Request for Production propounded by Plaintiff MARK ORTEGA in the above-styled and numbered cause, pursuant to Rule 34 of the FEDERAL RULES OF CIVIL PROCEDURE.

Respectfully submitted,

**TRISMART SOLAR, LLC**

/s/ *Timothy R. Allen*
**TIMOTHY R. ALLEN**
TBN: 24092028
600 Northpark Central Drive, Suite 140
Houston, Texas 77073
832-553-6304 x304
tallen@trismartsolar.com

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was served on opposing counsel and *pro-se* parties pursuant to Rule 5 of the Federal Rules of Civil Procedure on December 8, 2025.

/s/ *Timothy R. Allen*
**TIMOTHY R. ALLEN**

**DEFENDANT TRISMART SOLAR, LLC'S OBJECTIONS AND RESPONSES
TO PLAINTIFF MARK ORTEGA'S REQUEST FOR PRODUCTION**

REQUEST FOR PRODUCTION NO. 1: Produce all documents identified, referenced, or relied upon in Your answers to Plaintiff's First Set of Interrogatories to Defendant TriSmart Solar, LLC.

**ANSWER:**

Objection – Defendant objects to the overbroad nature of this request.

Subject to and without waiving the foregoing objection, see attached

REQUEST FOR PRODUCTION NO. 2: Produce all documents and electronically stored information (ESI) evidencing or memorializing every Communication initiated by You, or any person or entity Acting on Your Behalf, to Plaintiff's Telephone Number from April 22, 2021, to the present. This request includes, without limitation, all call detail records, audio recordings, text message (SMS/MMS) logs, voicemail recordings, and any records from any other communication platform used to contact Plaintiff's Telephone Number. For each Communication, the produced documents must include the date, time, originating telephone number, and duration (for calls).

**ANSWER:**

Objection – Defendant objects to the overbroad nature of this request.

Subject to and without waiving the foregoing objection, see attached call logs reflecting calls made to and from phone number 210-744-9663 for April 1, 2025 to November 30, 2025.

REQUEST FOR PRODUCTION NO. 3: Produce a copy of Your Texas telephone solicitor registration that was valid at any point during the period from April 1, 2025, to July 31, 2025.

**ANSWER:**

None.

REQUEST FOR PRODUCTION NO. 4: Produce all documents evidencing or relating to any training You provided or made available to third party lead generators on the Telephone Consumer

Protection Act (TCPA), TTSA, National Do Not Call Registry, and Your internal do-not-call procedures.

**ANSWER:**

Defendant objects that the information requested is not proportional to the needs of the case under FRCP 26(b)(1) considering the importance of the issues at stake in the action, the amount in controversy, the parties' relative access to relevant information, the parties' resources, the importance of the discovery in resolving the issues, and whether the burden or expense of the proposed discovery outweighs its likely benefit.

Subject to and without waiving the foregoing, none.

REQUEST FOR PRODUCTION NO. 5: Produce all contracts, seller agreements, independent contractor agreements, addenda, and any other documents that define, describe, or relate to the business relationship between You and Jose Manuel Turrubiates in effect during the Relevant Time Period.

**ANSWER:**

Objection – Defendant objects to the overbroad nature of this request.

Subject to and without waiving the foregoing objection, see attached contract.

REQUEST FOR PRODUCTION NO. 6: Produce all policies, procedures, guidelines, handbooks, and training materials in effect during the Relevant Time Period concerning compliance with the Telephone Consumer Protection Act (TCPA), the National Do Not Call Registry, and any internal do-not-call requirements.

**ANSWER:**

Defendant objects that the information requested is not proportional to the needs of the case under FRCP 26(b)(1) considering the importance of the issues at stake in the action, the amount in controversy, the parties' relative access to relevant information, the parties' resources, the importance of the discovery in resolving the issues, and whether the burden or expense of the proposed discovery outweighs its likely benefit.

Subject to and without waiving the foregoing, none.

REQUEST FOR PRODUCTION NO. 7: Produce all non-privileged communications, including but not limited to emails, text messages, and internal platform messages, between You and Jose Manuel Turrubiates concerning Plaintiff, this lawsuit, or any calls made to Plaintiff's Telephone Number.

**ANSWER:**

   None.

REQUEST FOR PRODUCTION NO. 8: Produce a complete, unredacted copy of Your internal do-not-call list as it existed on May 22, 2025, and as it exists today, including all documents demonstrating how such list is maintained, updated, and made accessible to Your sellers and any third-party marketers.

**ANSWER:**

   Objection – Defendant objects to the overbroad nature of this request. Defendant further objects that the information requested is not proportional to the needs of the case under FRCP 26(b)(1) considering the importance of the issues at stake in the action, the amount in controversy, the parties' relative access to relevant information, the parties' resources, the importance of the discovery in resolving the issues, and whether the burden or expense of the proposed discovery outweighs its likely benefit.

REQUEST FOR PRODUCTION NO. 9: Produce all documents evidencing compensation or payments of any kind made by You to Jose Manuel Turrubiates from April 22, 2021, to the present, including but not limited to commission statements, payment summaries, and 1099 forms.

**ANSWER:**

   Defendant objects to the violation of the privacy interests of third parties that would occur upon the production of the requested documentation.

   Subject to and without waiving the foregoing, see attached payment record.

REQUEST FOR PRODUCTION NO. 10: Produce a complete and unaltered export of all data fields and entries from Your customer relationship management (CRM) system, or any other

database, Concerning Plaintiff or Plaintiff's Telephone Number. This request includes, but is not limited to, all contact information, lead source data, agent notes, call dispositions, timestamps, and communication logs.

**ANSWER:**

Defendant objects that the information requested is not proportional to the needs of the case under FRCP 26(b)(1) considering the importance of the issues at stake in the action, the amount in controversy, the parties' relative access to relevant information, the parties' resources, the importance of the discovery in resolving the issues, and whether the burden or expense of the proposed discovery outweighs its likely benefit.

Subject to and without waiving the foregoing, see previously produced screenshot of CRM record for 210-744-9663.

REQUEST FOR PRODUCTION NO. 11: Produce all documents relating to Your monitoring, supervision, or auditing of Jose Manuel Turrubiates's sales and marketing activities during the Relevant Time Period.

**ANSWER:**

Defendant objects to the violation of the privacy interests of third parties that would occur upon the production of the requested documentation. Defendant further objects that the information requested is not proportional to the needs of the case under FRCP 26(b)(1) considering the importance of the issues at stake in the action, the amount in controversy, the parties' relative access to relevant information, the parties' resources, the importance of the discovery in resolving the issues, and whether the burden or expense of the proposed discovery outweighs its likely benefit.

Subject to and without waiving the foregoing, see attached contract and payment record.

REQUEST FOR PRODUCTION NO. 12: Produce the complete personnel or seller file for Jose Manuel Turrubiates, including but not limited to his employment/contractor application, any seller agreement, employment agreement or independent contractor agreement, disciplinary records, and any documents related to his separation from the company, if applicable.

**ANSWER:**

Defendant objects to the violation of the privacy interests of third parties that would occur upon the production of the requested documentation. Defendant further objects that the

information requested is not proportional to the needs of the case under FRCP 26(b)(1) considering the importance of the issues at stake in the action, the amount in controversy, the parties' relative access to relevant information, the parties' resources, the importance of the discovery in resolving the issues, and whether the burden or expense of the proposed discovery outweighs its likely benefit.

Subject to and without waiving the foregoing, see attached contract and payment record.

REQUEST FOR PRODUCTION NO. 13: Produce all contracts, affiliate agreements, lead generation agreements, statements of work, and any other documents in effect during the Relevant Time Period between You and any third-party person or entity engaged to generate sales, set appointments, or conduct any form of telemarketing for the benefit of TriSmart.

**ANSWER:**

Defendant objects to this Request to the extent that it seeks information that is not relevant to any party's claims or defenses. Defendant further objects that the information requested is not proportional to the needs of the case under FRCP 26(b)(1) considering the importance of the issues at stake in the action, the amount in controversy, the parties' relative access to relevant information, the parties' resources, the importance of the discovery in resolving the issues, and whether the burden or expense of the proposed discovery outweighs its likely benefit.

Subject to and without waiving the foregoing objections, Defendant will produce the contract between TriSMART and Jose Turrubiates.

REQUEST FOR PRODUCTION NO. 14: All DOCUMENTS that support each affirmative defense asserted in YOUR Answer to Plaintiff's Original Complaint.

**ANSWER:**

Objection – Defendant objects to the overbroad nature of this request and the request would require marshalling all evidence.

REQUEST FOR PRODUCTION NO. 15: Complete and unredacted call logs from YOUR telephone service provider(s) from the dates April 22, 2025 to present, showing all outbound calls.

**ANSWER:**

Objection – Defendant objects to the overly broad nature of this request, which is nothing more than a fishing expedition. Defendant further objects that the information requested is not proportional to the needs of the case under FRCP 26(b)(1) considering the importance of the issues at stake in the action, the amount in controversy, the parties' relative access to relevant information, the parties' resources, the importance of the discovery in resolving the issues, and whether the burden or expense of the proposed discovery outweighs its likely benefit.

Subject to and without waiving the foregoing, logs for calls to and from 210-744-9663 for April 2025 to November 2025 are attached.

Responsive documents can be found at the following link:

https://trismartsolarllc-my.sharepoint.com/:f:/g/personal/tallen_trismartsolar_com/EqtfctI6mXNMni4IDYTb9TgBEZiP N5ynPPlY0wAQsk58Ng?e=Opoy8W

If this link is not working, please contact counsel by email at tallen@trismartsolar.com to arrange for production.