*Ortega v. TriSMART Solar, LLC, et al.  -  No. 5:25-CV-00865-JKP-HJB (W.D. Tex.)*

# EXHIBIT C

Defendant TriSMART Solar, LLC's Objections and Responses to
Plaintiff's First Requests for Admission (Dec. 8, 2025)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| Mark Anthony Ortega | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Case No. 5:25-CV-00865-JKP-HJB |
| | § | |
| TriSMART Solar, LLC | § | |
| *Defendant* | § | |

---

### DEFENDANT TRISMART SOLAR, LLC'S OBJECTIONS AND RESPONSES TO PLAINTIFF MARK ORTEGA'S REQUEST FOR ADMISSIONS

---

TO:   Plaintiff MARK ORTEGA.

COMES NOW, Defendant TRISMART SOLAR, LLC, who responds and files this, their Objections and Responses to Request for Admissions propounded by Plaintiff MARK ORTEGA in the above-styled and numbered cause, pursuant to Rule 36 of the FEDERAL RULES OF CIVIL PROCEDURE.

Respectfully submitted,

**TRISMART SOLAR, LLC**

/s/ *Timothy R. Allen*
**TIMOTHY R. ALLEN**
TBN: 24092028
600 Northpark Central Drive, Suite 140
Houston, Texas 77073
832-553-6304 x304
tallen@trismartsolar.com

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was served on opposing counsel and *pro-se* parties pursuant to Rule 5 of the Federal Rules of Civil Procedure on December 8, 2025.

  /s/ *Timothy R. Allen*
**TIMOTHY R. ALLEN**

Page 1 of 4

**DEFENDANT TRISMART SOLAR, LLC'S OBJECTIONS AND RESPONSES
TO PLAINTIFF MARK ORTEGA'S REQUEST FOR ADMISSIONS**

REQUEST FOR ADMISSION NO. 1: Admit that YOU engage in or contract with others to engage in telemarketing to Texas residents for the purpose of selling YOUR goods and services.

**RESPONSE:**

Deny.

REQUEST FOR ADMISSION NO. 2: Admit that YOU have a business relationship with one or more third-party companies that generate sales leads for YOUR business.

**RESPONSE:**

Admit.

REQUEST FOR ADMISSION NO. 3: Admit that YOU have received sales leads from individuals or entities who identified themselves to consumers as "SMART HOME SOLAR."

**RESPONSE:**

Deny.

REQUEST FOR ADMISSION NO. 4: Admit that YOU do not maintain an internal do-not-call list.

**RESPONSE:**

Deny.

REQUEST FOR ADMISSION NO. 5: Admit that YOU received a sales lead associated with PLAINTIFF that originated from an entity or individual other than PLAINTIFF himself.

**RESPONSE:**

Deny.

REQUEST FOR ADMISSION NO. 6: Admit that YOU provide marketing materials, call scripts, or other sales-related guidance to the third parties who generate telemarketing leads for YOUR business.

**RESPONSE:**

Deny.

REQUEST FOR ADMISSION NO. 7: Admit that a portion of YOUR business model involves Your sellers acquiring sales leads for solar installations from third-party lead generation companies or contractors.

**RESPONSE:**

Admit.

REQUEST FOR ADMISSION NO. 8: Admit that YOU do not have a written policy that requires all third-party lead generators to maintain and honor an internal do-not-call list.

**RESPONSE:**

Deny.

REQUEST FOR ADMISSION NO. 9: Admit that Jose Manuel Turrubiates is authorized to act as a dealer, independent contractor, or sales representative to market, promote, or generate sales leads for YOUR products and services.

**RESPONSE:**

Defendant objects to this request on the grounds that the request is a compound question that cannot be truthfully answered by admitting or denying.

REQUEST FOR ADMISSION NO. 10: Admit that YOU retain the right to terminate YOUR business relationship with any third-party lead generator that is found to violate federal or state telemarketing laws.

**RESPONSE:**

Admit.

*** Request for Admission 11 was skipped in Plaintiff's Request ***

REQUEST FOR ADMISSION NO. 12: Admit that YOU possess no document or record evidencing prior express written consent from Plaintiff to receive telemarketing calls from YOU.

**RESPONSE:**

Admit.

REQUEST FOR ADMISSION NO. 13: Admit that YOU have not completed any sales transaction with Plaintiff within the last 36 months.

**RESPONSE:**

Admit.