*Ortega v. TriSMART Solar, LLC, et al.  -  No. 5:25-CV-00865-JKP-HJB (W.D. Tex.)*

# EXHIBIT F

TriSMART Payment / Wire Records Reflecting Payments to Jose
Manuel Turrubiates (Feb. 14 - Sept. 12, 2025)

Case 5:25-cv-00865-JKP-HJB    Document 56-6    Filed 06/21/26    Page 2 of 3

| Wire date | Status | Wire to | Transaction number | Transfer amount | Amount |
|---|---|---|---|---|---|
| Sep 12, 2025 | Sent | Jose Turrubiates | ▮34 | $400.00 | $400.00 USD |
| Aug 28, 2025 | Sent | Jose Turrubiates | ▮100 | $400.00 | $400.00 USD |
| Jun 20, 2025 | Sent | Jose Turrubiates | ▮274 | $400.00 | $400.00 USD |
| May 30, 2025 | Sent | Jose Turrubiates | ▮762 | $400.00 | $400.00 USD |
| May 16, 2025 | Sent | Jose Turrubiates | ▮041 | $800.00 | $800.00 USD |
| May 9, 2025 | Sent | Jose Turrubiates | ▮632 | $400.00 | $400.00 USD |
| Apr 25, 2025 | Sent | Jose Turrubiates | ▮514 | $1,200.00 | $1,200.00 USD |
| Apr 11, 2025 | Sent | Jose Turrubiates | ▮192 | $800.00 | $800.00 USD |
| Apr 7, 2025 | Sent | Jose Turrubiates | ▮339 | $800.00 | $800.00 USD |
| Mar 28, 2025 | Sent | Jose Turrubiates | ▮472 | $800.00 | $800.00 USD |
| Mar 21, 2025 | Sent | Jose Turrubiates | ▮895 | $400.00 | $400.00 USD |
| Mar 14, 2025 | Sent | Jose Turrubiates | ▮548 | $1,600.00 | $1,600.00 USD |

Case 5:25-cv-00865-JKP-HJB Document 56-6 - chase.com Filed 06/21/26 Page 3 of 3

| Wire date | Status | Wire to | Transaction number | Transfer amount | Amount |
|---|---|---|---|---|---|
| Mar 7, 2025 | Sent | Jose Turrubiates | ███████241 | $800.00 | $800.00 USD |
| Feb 28, 2025 | Sent | Jose Turrubiates | ███████549 | $400.00 | $400.00 USD |
| Feb 14, 2025 | Sent | Jose Turrubiates | ███████431 | $800.00 | $800.00 USD |