*Ortega v. TriSMART Solar, LLC, et al.  -  No. 5:25-CV-00865-JKP-HJB (W.D. Tex.)*

# EXHIBIT G

CRM Record Produced by TriSMART for Telephone Number (210) 744-9663

