*Ortega v. TriSMART Solar, LLC, et al.  -  No. 5:25-CV-00865-JKP-HJB (W.D. Tex.)*

# EXHIBIT H

Independent Contractor Agreement Between TriSMART and Jose
Manuel Turrubiates

## INDEPENDENT CONTRACTOR AGREEMENT
### (TriSMART Direct Sales)

This INDEPENDENT CONTRACTOR AGREEMENT (the "**Agreement**") is entered into effective as of   its date of execution (the "**Effective Date**"), by and between TriSMART Solar, LLC, a Texas limited    liability company ("**Company**") and ____Jose Turrubiates_____ ("**Independent Contractor**").

### RECITALS:

**WHEREAS**, Company desires to retain the services of Independent Contractor, and Independent Contractor desires to provide to Company such services, upon the terms and subject to the conditions set forth herein.

**NOW, THEREFORE**, in consideration of the mutual covenants set forth herein, and other good and valuable consideration, the receipt and sufficiency of which the parties hereby acknowledge, the parties hereby agree as follows:

### AGREEMENT:

**1.**  *Services*. Independent Contractor agrees to perform for the Company the services and scope described in **Exhibit B** (the "**Services**") throughout the Term (as defined herein). Independent Contractor covenants with Company to furnish the necessary professional skill and judgment in accordance with the level of care and skill exercised by other members of the profession or occupation currently practicing under similar conditions and in similar locations, and under applicable state and federal law to those specializing in providing services similar to the Services provided hereunder and in performing all Services under this Agreement. Independent Contractor shall use its best efforts to complete the specific projects and sales goals in an expeditious and economical manner consistent with the interests and goals of Company. Independent Contractor shall take all special precautions necessary to protect the Company and its employees, agents, clients, and members of the public from risk of harm arising out the nature of the work and performance of the Services.  Additionally, Independent Contractor agrees that it shall devote such attention and energy to the business and affairs of Company as required to perform the Services called for hereunder and reach minimum goals established by Company and shall not be engaged in any other business activity, whether or not such business activity is pursued for gain, profit or other pecuniary advantage, unless Contractor's involvement in such business activity will not interfere in anyway with Contractor's ability to perform the Services hereunder.

**2.**  *Term*. The initial term of this Agreement will officially begin on the Effective Date and will continue for a period of 24 months thereafter and will automatically renew for successive twenty-four (24) month terms (the "**Term**") unless prior written notice is received by either party sixty (60) days prior to the expiration of the Term.  The Company operates on a year-round sales season, as determined by the Company.  Independent Contractor agrees to provide the Services from the Effective Date and thereafter until either expiration of the Term or termination by Company in accordance with Section 4 of this Agreement ("Termination Date"). The Company must approve any modification to the Term of this Agreement in writing.

TriSMART Solar, LLC - Independent Contractor Agreement

**3.**    *Compensation*. Company agrees to pay Independent Contractor the compensation described in **Exhibit C for Independent Contractor's performance of the Services (the "Compensation**"). Independent Contractor understands and agrees that he/she is not entitled to any compensation or benefits other than as expressly set forth in **Exhibit C.** The Independent Contractor agrees to keep any and all details of his or her compensation as contained on **Exhibit C** of this Agreement confidential. Violation of confidentiality may result in termination and forfeiture of Compensation, including any and all monies previously paid.

A.    Any and all monies paid to or for the use of Independent Contractor including but not limited to work materials, electronic devices, clothing, flights, hotels, meals, rental cars, housing (as further described on **Exhibit B**), training material or other items related to facilitating the Services rendered during the term of this agreement will be considered an advance ("Advance") payable back to Company against Independent Contractor's Compensation as set forth on **Exhibit C**. Independent Contractor agrees to execute and deliver a form of promissory note, provided by the Company for any Advance. Additionally, Independent Contractor authorizes Company, and does hereby make, constitute and appoint Company, and it respective officers, agents, successors or assigns with full power of substitution, as Independent Contractor's true and lawful attorney-in-fact, with power, in its own name to execute, endorse, enter amounts on and deliver the promissory note(s) attached hereto as Exhibit C to Company in the amount of any Advance(s). In the event that Advances made to Independent Contractor are less than the Compensation as set forth by Company and Independent Contractor, then Company will pay the remaining balance owed to Independent Contractor described in said promissory note. In the event that Advances made to Independent Contractor are greater than the Compensation described in Exhibit C, Independent Contractor will be in default of this Agreement and must immediately repay to Company the difference between the amount of the Advance and compensation earned upon notice of said violation. All unpaid balances owed by Independent Contractor to Company will accrue interest at a rate of **0.0002739726%** (percent) daily until the final balance is paid in full and Independent Contractor agrees to pay such interest, including all other costs of collection which may become necessary, including but not limited to reasonable attorney's fees and costs of court.

B.    *Direct Deposit Authorization*. Independent Contractor authorizes the Company to use the following bank information provided by Independent Contractor to issue direct deposit of Compensation. Additionally Independent Contractor authorizes the Company to make any and all Compensation adjustments including but not limited to reconciling of any and all monies, and or unpaid balances owed by Independent Contractor to Company for Advances.

Bank Name:    ████████████ _____

Name on Account:    Jose Turrubiates _____

Routing Number:    ██████████ _____

Account Number:    ████████████ _____

TriSMART Solar, LLC - Independent Contractor Agreement

**4.**    *Termination*.

A.    *For Cause Termination*.  Company may terminate this Agreement at any time for "**Cause**" as defined herein.  For purposes of this Agreement, **Cause** shall be defined to include the following: (i) misappropriation of any Company property, including, but not limited to, customer contracts or information, tools, equipment, parts, service related components; (ii) unauthorized absence from or refusal to perform the Services; (iii) failure to perform Independent Contractor's duties in a competent manner or to the Company's satisfaction; (iv) dishonesty or conviction of a crime or entry of a plea of guilty or nolo contendere to any criminal act; and (v) any conduct that reflects unfavorably upon Independent Contractor, Independent Contractor's co-workers, other agents of Company or the Company directly, as determined in Company's sole reasonable discretion.

B.    *Termination Without Cause*. The Company may terminate Independent Contractor's relationship with the Company under this Agreement at any time and for any or no reason upon a minimum of five (5) days advance written notice.

C.    The Company will pay, within 180 days after the Termination Date, all amounts owing to Independent Contractor less any Advances, expenses or deductions, for Services completed and accepted by the Company prior to the Termination Date and related expense reimbursements, if any, submitted in accordance with the Company's policies  and  in accordance  with  the  provisions of this Agreement.

**5.**    *Confidentiality*.   Independent Contractor acknowledges and agrees that it may be provided certain information which includes information previously disclosed by the Company to Independent Contractor, either directly or indirectly, in writing, orally or by inspection of tangible objects which has commercial or other value to the Company's business and is proprietary or confidential in nature (including, without limitation, product plans, sales training, sales methods, technical training, technical methods, technical data, designs, ideas, inventions, know-how, trade secrets, procedures, software, documents, business, financial and marketing plans, technology and product roadmaps, present and future product plans, information on strategic partnerships, alliances or any client, vendor, supplier, or customer relationships (including customers of the Company on whom Independent Contractor called or with whom Independent Contractor had contact with during the Term of this Agreement), leads, customer lists, contact information, and other technical and business information), regardless of whether such information is specifically designated as "confidential" (the "**Confidential Information**").  All Confidential Information shall remain the sole property of the Company.  The Confidential Information does not, however, include any information which Independent Contractor can establish: (i) was publicly known prior to the time of disclosure by the Company; (ii) becomes publicly known after disclosure by the Company to Independent Contractor through no action or inaction of Independent Contractor; (iii) was already in the possession of Independent Contractor without restriction on use or disclosure at the time of disclosure by the Company as shown by Independent Contractor's files, records or otherwise immediately prior to the time of disclosure; or (iv) becomes available to Independent Contractor without restriction on use or disclosure from a third party.

A.    *Nonuse and Nondisclosure.*  In consideration of the mutual covenants contained herein, along with other good and valuable consideration, the receipt and sufficiency of which is hereby shown, Independent Contractor agrees: (i) to hold the Confidential Information of the Company in strict confidence and to take precautions to protect such Confidential Information, (ii) not to make any use whatsoever at any time of any of the Confidential Information, except to further the legitimate business purposes of only the Company, (iii) not to copy or use copies of such Confidential Information, (iv) not to use any Confidential Information to unfairly compete or obtain unfair advantage with respect to  the Company in any commercial activity that may be comparable to the commercial activities of the Company, and (v) not to disclose any of the Confidential Information or any information derived therefrom to any third party.  Independent Contractor may disclose such parts of the Confidential Information as may be required by law or court order; provided, that Independent Contractor: (i) provides the Company with written notice of such requirement within three (3) days of receiving such notice, (ii) uses her best efforts to limit disclosure and obtain confidential treatment or a protective order, and (iii) provides the Company with such other cooperation that is reasonably requested.

B.    *Return of Information and Things*.  Independent Contractor agrees that it shall turn over to the Company all manifestations of the Confidential Information, all documents or media containing the Confidential Information, and all copies or extracts thereof.  Further, Independent Contractor shall return any and all property of Company, including but not limited to any laptop(s) and cell phone(s) issued by the Company, any and all copies of any keys to the premises of the Company, any Company credit card(s), any and all Company promotional materials, and any and all Company property currently under the possession and control of Independent Contractor, and any and all electronically stored information and passwords used to access such property or in performance of the Services.  Any materials and accessories that may be provided by the Company to the Independent Contractor shall remain the property of the Company and shall be returned to the Company upon expiration or termination of this Agreement or at the request of the Company.

C.    *Permission to Notify*.  Independent Contractor hereby authorizes the Company to notify others, including (without limitation) the Independent Contractor's current or future clients, past or future employers, past or future co-workers of the terms of this Agreement and the Independent Contractor's covenants and obligations hereunder.

6.    *Ownership of Intellectual Property*.  Independent Contractor agrees that all copyrightable material, notes, records, drawings, designs, inventions, improvements, developments, discoveries and trade secrets conceived, discovered, developed or reduced to practice by Independent Contractor, solely or in collaboration with others, during the term of this Agreement that relate in any manner to the business of the Company that Independent Contractor may be directed to undertake, investigate or experiment with or that Independent Contractor may become associated with in work, investigation or experimentation in the Company's line of business in performing the Services under this Agreement (collectively, "**Inventions**"), are the sole property of the Company. Independent Contractor also agrees to assign (or cause to be assigned) and hereby assigns fully to the Company all inventions and copyrights, patents, mask work rights or other intellectual property rights relating to all Inventions.  For the avoidance of doubt, the Services performed under this Agreement are work made for hire and Company shall

Document Ref: V9FTA-R8MA8-JDROU-DBJZV

own, in perpetuity and worldwide, all rights to and flowing from the work, including any work product, performed under this Agreement. Independent Contractor assigns to Company any and all rights Independent Contractor could have, may have, or does have in the work and/or the work product performed under this Agreement, and Company shall have all right, title, and interest in said matters, including the right to secure and maintain the copyright, trademark, and/or patent of said matters in the name of the Company.

A. *Further Assurances*. Independent Contractor agrees to assist Company, or its designee, at the Company's expense, in every proper way to secure the Company's rights in Inventions and any copyrights, patents, mask work rights or other intellectual property rights relating to all Inventions in any and all countries, including the disclosure to the Company of all pertinent information and data with respect to all Inventions, the execution of all applications, specifications, oaths, assignments and all other instruments that the Company may deem necessary in order to apply for and obtain such rights and in order to assign and convey to the Company, its successors, assigns and nominees the sole and exclusive right, title and interest in and to all Inventions, and any copyrights, patents, mask work rights or other intellectual property rights relating to all Inventions. Independent Contractor also agrees that Independent Contractor's obligation to execute or cause to be executed any such instrument or papers shall continue after the termination of this Agreement.

B. *Pre-Existing Material*s. Independent Contractor agrees that if, in the course of performing the Services, Independent Contractor incorporates into any Invention developed under this Agreement any pre-existing invention, improvement, development, concept, discovery or other proprietary information owned by Independent Contractor or in which Independent Contractor has an interest, (i) Independent Contractor will inform Company, in writing before incorporating such invention, improvement, development, concept, discovery or other proprietary information into any Invention, and (ii) the Company is hereby granted a nonexclusive, royalty-free, perpetual, irrevocable, worldwide license to make, have made, modify, use and sell such item as part of or in connection with such Invention. Independent Contractor will not incorporate any invention, improvement, development, concept, discovery or other proprietary information owned by any third party into any Invention without Company's prior written permission.

C. *Attorney-in-Fact*. Independent Contractor agrees that, if the Company is unable because of Independent Contractor's unavailability, dissolution, mental or physical incapacity, or for any other reason, to secure Independent Contractor's signature for the purpose of applying for or pursuing any application for any United States or foreign patents or mask work or copyright registrations covering the Inventions assigned to the Company in this Section 6, then Independent Contractor hereby irrevocably designates and appoints the Company and its duly authorized officers and agents as Independent Contractor's agent and attorney-in-fact, to act for and on Independent Contractor's behalf to execute and file any such applications and to do all other lawfully permitted acts to further the prosecution and issuance of patents, copyright and mask work registrations with the same legal force and effect as if executed by Independent Contractor.

**7.** *Conflicting Obligations*. Independent Contractor certifies that Independent Contractor has no outstanding agreement or obligation that is in conflict with any of the provisions

TriSMART Solar, LLC - Independent Contractor Agreement

of this Agreement or that would preclude Independent Contractor from complying with the provisions of this Agreement or performing the Services for Company. Independent Contractor will not enter into any such conflicting agreement during the Term of this Agreement.

**8.** *Reports*. Independent Contractor also agrees that Independent Contractor will, from time to time during the term of this Agreement or any extension thereof, keep the Company advised as to Independent Contractor's progress in performing the Services under this Agreement. Independent Contractor further agrees that Independent Contractor will, as requested by the Company, prepare written reports with respect to such progress. The Company and Independent Contractor agree that the time required to prepare such written reports will be considered time devoted to the performance of the Services.

**9.** *Relationship of the Parties*. Independent Contractor has no authority to bind Independent Contractor. Independent Contractor acknowledges that it is an independent contractor and not an employee or agent of Independent Contractor and has been retained solely for the purposes and to the extent set forth in this Agreement. Independent Contractor has the sole responsibility to comply with all city, county, state, and federal laws applicable to independent contractors and/or employees, as applicable, in the performance of the Services. Furthermore, Independent Contractor agrees and understands that Independent Contractor shall be solely responsible for the payment of any and all taxes in any manner associated with the compensation provided Independent Contractor under this Agreement, and the Independent Contractor will not, and shall not withhold and or pay any taxes associated therewith including from sums becoming payable to the Independent Contractor, its employees, staff, agents, directors or assigns hereunder, and any amounts for State or Federal Income Tax, Unemployment Taxes, or for FICA (Social Security) Taxes, during the term of this Agreement.

A. Independent Contractor shall not be considered as having employee status or as being entitled to participate in any plans, arrangements or distributions by Independent Contractor pertaining to or in connection with any pension, stock, bonus, profit sharing or other benefit extended to Company's employees.

B. Independent Contractor hereby waives and foregoes the right to receive any benefits given by Company to its regular employees, including, but not limited to, health benefits, vacation and sick leave benefits, profit sharing plans, such as 401(k) plans, pension, or other benefit whatsoever. Independent Contractor agrees that if any government agency or court of law claims that Independent Contractor is an employee, he or she agrees and acknowledges that he or she is not covered under these plans, is excluded from eligibility, and has waived all rights thereto. This waiver is effective for the entire duration of this Agreement. This waiver is effective independently of Independent Contractor's employment status as adjudged for taxation purposes or for any other purpose and against any retroactive reclassifications by any agency, court, or regulatory body.

C. In the event the Internal Revenue Service should determine the Independent Contractor is, according to I.R.S. guidelines, an employee subject to withholding and social security contributions, the Independent Contractor shall acknowledge, as the Independent Contractor acknowledges herein, that all such payments made to the Independent Contractor are gross payments, and the Independent Contractor is responsible for all income taxes and social

TriSMART Solar, LLC - Independent Contractor Agreement

security payments thereon. **FURTHERMORE, INDEPENDENT CONTRACTOR SHALL PROTECT, DEFEND, INDEMNIFY, SAVE AND HOLD HARMLESS COMPANY ITS AFFILIATES AND RESPECTIVE OFFICERS AND DIRECTORS, FROM CAUSES OF ACTION, SUITS, EXPENSES, DAMAGES OR LOSS, OR OTHER LITIGATION, IN CONNECTION WITH THE INDEPENDENT CONTRACTOR'S FAILURE TO REPORT OR PAY SUCH TAXES.**

D.    It is the express intention of the Company and Independent Contractor that Independent Contractor be classified as a "Independent Contractor" as such term is defined in Section 3508(b)(2) of the Internal Revenue Code of 1986, as amended (the "**Code**") which is defined as follows: "Independent contractor" means a person who contracts to perform work or provide a service for the benefit of another and who: (i) is paid by the job, not by the hour or some other time-measured basis; (ii) is free to hire as many helpers as he desires and to determine what each helper will be paid; and (iii) is free to work for other contractors, or to send helpers to work for other contractors, while under contract to the hiring employer.

E.    Accordingly, without limiting the other provisions of this Section 9, the undersigned Company and the undersigned Independent Contractor hereby declare that the Independent Contractor meets the qualifications of an Independent Contractor under the Workers' Compensation Act Labor Code, Section 406.141, that the Independent Contractor is not an employee of Company, and that: (i) The Independent Contractor and the Independent Contractor's employees shall not be entitled to workers' compensation coverage from Company; and (ii) Company workers' compensation insurance carrier shall not require premiums to be paid by Company for coverage of the Independent Contractor or the Independent Contractor's employees, helpers, or subcontractors. THIS DECLARATION APPLIES TO ALL HIRING AGREEMENTS EXECUTED BY COMPANY. IN THE EVENT THAT A HIRING AGREEMENT TO WHICH THIS DECLARATION DOES NOT APPLY IS MADE, COMPANY AND INDEPENDENT CONTRACTOR SHALL SO NOTIFY THE DEPARTMENT OF INSURANCE, DIVISION OF WORKERS' COMPENSATION AND COMPANY'S WORKERS' COMPENSATION INSURANCE CARRIER (IF ANY) IN WRITING WITHIN 10 DAYS AFTER THE NON-APPLYING AGREEMENT IS MADE. ONCE THIS AGREEMENT IS SIGNED, THE SUBCONTRACTOR AND THE SUBCONTRACTOR'S EMPLOYEES SHALL NOT BE ENTITLED TO WORKERS' COMPENSATION COVERAGE FROM COMPANY UNLESS A SUBSEQUENT WRITTEN AGREEMENT IS EXECUTED, AND FILED ACCORDING TO WORKERS' COMPENSATION RULES, EXPRESSLY STATING THAT THIS AGREEMENT DOES NOT APPLY.

F.    Labor Code, Workers' Compensation Act, Section 406.145. Nothing in this Agreement shall in any way be construed to constitute Independent Contractor as an agent, employee or representative of the Company. Without limiting the generality of the foregoing, Independent Contractor is not authorized to bind the Company to any liability or obligation or to represent that Independent Contractor has any such authority. Independent Contractor agrees to furnish (or reimburse the Company for) all tools and materials necessary to accomplish this Agreement and shall incur all expenses associated with performance, except as expressly provided in C. Independent Contractor acknowledges and agrees that Independent Contractor is obligated to report as income all compensation received by Independent Contractor pursuant to this Agreement. Independent Contractor agrees to and acknowledges the obligation to pay all self-

TriSMART Solar, LLC - Independent Contractor Agreement

Docusign Envelope ID: 514967EC-D72A-464C-BF2F-E9D1E05E7B4D

employment and other taxes on such income and further acknowledges that Company is under no obligation to withhold any amounts for taxes for Independent Contractor or to inform Independent Contractor of any tax obligations, prepare any tax reports or transfer any amounts for taxes.

**10.** *Indemnity.* **INDEPENDENT CONTRACTOR SHALL INDEMNIFY COMPANY FOR ANY AND ALL FINES, PENALTIES, CLAIMS, DEMANDS COSTS AND EXPENSES (INCLUDING ATTORNEY'S FEES) RESULTING FROM INDEPENDENT CONTRACTOR'S PERFORMANCE OR LACK THEREOF PURSUANT TO THIS AGREEMENT OR ANY APPLICABLE LAW. COMPANY SHALL NOT BE LIABLE FOR AND INDEPENDENT CONTRACTOR AGREES TO RELEASE, PROTECT, DEFEND, INDEMNIFY, AND HOLD HARMLESS COMPANY IT'S SUCCESSORS, AFFILIATES, OFFICERS, DIRECTORS, EMPLOYEES, AGENTS, AND ASSIGNS FROM AND AGAINST ANY AND ALL CLAIMS WHATSOEVER (INCLUDING CLAIMS OF THIRD PARTIES AND CLAIMS OF SPOUSES, HEIRS, SURVIVORS OR LEGAL REPRESENTATIVES, SUCCESSORS AND ASSIGNS OF INDEPENDENT CONTRACTOR FOR PERSONAL INJURY, ILLNESS, DEATH, PROPERTY (WHETHER REAL OR PERSONAL, OWNED OR LEASED) DAMAGE AND LOSS ARISING OUT OF OR RESULTING FROM THE PERFORMANCE OF THIS AGREEMENT AND THE SERVICES PROVIDED BY INDEPENDENT CONTRACTOR. EVEN IF THE CLAIMS ARE CONTRIBUTED TO OR CAUSED BY THE JOINT, COMPARATIVE, CONCURRENT, ACTIVE OR PASSIVE NEGLIGENCE OF COMPANY.**

A. The indemnities contained in this Agreement shall only be effective to the maximum extent permitted by the applicable law, either legislative enactment or a controlling judicial decision. If such existing or future law limits in any way the extent to which indemnification may be provided to an indemnitee that is negligent, solely negligent, or otherwise at fault and, notwithstanding the choice of law provisions set forth herein, such law is applicable to interpretation of this Agreement, then this Agreement shall automatically be amended to provide that the indemnification provided hereunder shall extend only to the maximum extent permitted by such law.

B. For the purposes of this Section 10, the phrase "arising out of or resulting from the performance of this Agreement" shall be broadly construed to include, but not be limited to, not only formal work, but also any occurrences at the work site, including transportation to and from the work (other than personal or public transportation to the work site), breaks of all kinds, including, without limitation, breaks for meals and/or rest, or volunteering of all kinds to assist others in their work.

C. The coverage of indemnification shall include, without limitation, reasonable attorneys' fees and court costs incurred by Company with regard thereto. Said indemnity is intended to apply during the Term of this Agreement and Independent Contractor's performance and shall also survive the expiration or termination of this Agreement.

D. The obligation to defend shall arise regardless of any claim or assertion that Company caused or contributed to the losses. Company's reasonable defense costs (including

TriSMART Solar, LLC - Independent Contractor Agreement

attorney and expert fees) incurred in providing a defense for Company shall be reimbursed by Independent Contractor except to the extent such defense costs arise, under principles of comparative fault, from Company's (a) negligent acts or omissions; (b) breach of any of the provisions of this Agreement; or (c) willful misconduct.

E.      Nothing in this Agreement, including the provisions of this Section 10, shall constitute a waiver or limitation of any rights which Independent Contractor may have under applicable law, including without limitation, the right to implied indemnity.

F.      Independent Contractor's exercise of any of its rights or remedies prescribed in this Agreement shall not relieve Independent Contractor from responsibility for damages or other losses incurred or to be incurred by Company as a result of Independent Contractor's breach of its obligations under this Agreement.

11.    *Additional Restrictive Covenants.*

A.      *Nonsolicitation of Employees and/or other Contractors.*  Independent Contractor agrees that neither during the Term, nor for a period of twenty four (24) months beginning on the Termination Date, that it will not either directly or indirectly, solicit, induce, recruit or encourage any of the Company's independent contractors, agents, employees, or directors to leave their employment, or take away such independent contractors, employees, agents, or directors, or attempt to solicit, induce, recruit, encourage or take away independent contractors, employees, agents or directors of the Company, either for Independent Contractor's benefit or the benefit of any other person or entity.  Additionally, during the same period, Independent Contractor shall not, directly or indirectly, recruit, solicit, induce, or influence (or seek to induce or influence) any person who is a student at any college or university where the Company recruits to accept employment with or otherwise perform services for any person or business that competes directly with Company.

B.      *Nonsolicitation of Customers and/or Clients.*  Independent Contractor agrees from the Effective Date and continuing for a period of twenty four (24) months after the Termination Date that it will not contact or solicit any person, association, corporation, or other business organization or entity which is a client or customer of Company or with whom or which Independent Contractor had business relations on behalf of the Company in its performance of the Services or with whom or which he/she met or communicated with, for the purpose of offering to sell or place or soliciting for sale or placement any product, service, or system of the kind and character sold, provided or distributed by Independent Contractor on behalf of the Company.

C.      *Non Competition.*  From the date of this Agreement and continuing for a period of twenty four (24) months after the Termination Date, Independent Contractor shall not, directly or indirectly (whether as a principal, agent, independent contractor, employee, partner, member, owner, or in any other similar capacity), own, manage, operate, control, participate in, perform services for, be employed by, or otherwise carry on, a business competitive with the business of Company anywhere within fifty (50) miles of those areas of the United States, Puerto Rico, or Canada where Independent Contractor actually performed Services hereunder, or any of

the following other areas in the State of Texas: Houston, Austin, San Antonio, McAllen , El Paso, Lubbock, Fort Worth, Waco, Corpus Christi, or Laredo.

D.    Independent Contractor agrees, understands, and warrants that one of the fundamental expectations of Independent Contractor and the Company with respect to Independent Contractor's performance of the Services and the solicitation of contracts for Company is that those contracts will be renewed by the customers after expiration of the applicable term of said contracts, and Independent Contractor acknowledges that contracts are customarily so renewed. Accordingly, Independent Contractor agrees that the amount of damage resulting to the Company from a violation of Section 11(B) is difficult to ascertain and acknowledges that the Company shall be entitled to liquidated damages, for loss of revenue and not as a penalty, from Independent Contractor if he/she violated this covenant in the amount of any affected contract's monthly payment to the Company multiplied by fifty (50), in addition to permanent injunctive and other applicable relief such damages shall be paid by such Independent Contractor to the Company within ten (10) days after receipt of written demand from the Company. The Company shall also be entitled to equitable relief, including, but not limited to, an injunction, and such relief shall be cumulative and in addition to any other remedies that the Company may have hereunder and/or at law or in equity; and Independent Contractor agrees not to assert as a defense in any such equitable proceeding that an adequate remedy at law exists.

12.    *Notice*. All notices, demands and communications required, desired or permitted to be given hereunder shall be in writing and shall be deemed to have been duly given on the date received, if delivered personally, or on the third day after mailing, if sent by registered or certified mail, return receipt requested, postage prepaid, and addressed to the parties at the addresses set forth below or to such other person at such location as either party hereto may subsequently designate in a similar manner.  If by mail, delivery shall be deemed effective three business days after mailing in accordance with this Section 12.

If to the Company, to:

Attention: Mark Bench
600 Northpark Central Drive, Suite 140
Houston, Texas 77373
Email:  mark@trismartsolar.com

If to Independent Contractor, to the address for notice on the signature page to this Agreement or, if no such address is provided, to the last address of Independent Contractor provided by Independent Contractor to the Company.

13.    *Conditions Precedent*.  The terms and conditions of this Agreement as set forth herein shall not become effective or enforceable against the Company until the prior satisfaction of each of the following conditions:  (i) each geographic area in which Independent Contractor shall perform the Services (as such term as defined above) shall have been approved by the Company (such geographic areas shall hereinafter be referred to collectively as the "**Area**"); (ii) Independent Contractor shall have provided satisfactory proof to the Company of all registrations, permits, licenses, and any other approvals required by any federal, state, or local

TriSMART Solar, LLC - Independent Contractor Agreement

governmental authority necessary or advisable for Independent Contractor to perform the Services in the Area (collectively, the "**Approvals**"); (iii) Independent Contractor shall have provided to the Company all documentation and information requested by the Company; (iv) each representation, warranty, and acknowledgement of Independent Contractor contained herein, including any other oral or written statement made by Independent Contractor to the Company prior to the date hereof, shall be true and correct in all material respects; (v) Independent Contractor shall have provided a duly executed original of this Agreement to the Company; (vi) Independent Contractor authorizes a duly executed background investigation selected by Company; and (vii) the Company shall have received a background check in form and substance satisfactory to the Company.   Any Compensation (as such term is defined above) to Independent Contractor is contingent upon Independent Contractor's prior satisfaction of each condition precedent set forth in this **Section 13**.  Independent Contractor understands and acknowledges that the Company is relying on the enforceability of this **Section 13** as a condition and material inducement to enter into this Agreement.

14.     *Representations and Acknowledgements*. By signing this Agreement, Independent Contractor represents, warrants, and agrees that:  (i) each of the foregoing conditions precedent set forth in **Section 13** has been satisfied by Independent Contractor prior to performing the Services hereunder; (ii) each of the Approvals have been obtained by Independent Contractor prior  to performing the Services hereunder; (iii) Independent Contractor has not been convicted of a felony or any misdemeanor crime of moral turpitude; and (iv) Independent Contractor has provided truthful responses to all questions and information requested by the Company.

15.     *Licensing and Drug Testing*. As part of the Services, Independent Contractor agrees and represents that Independent Contractor will provide accurate and truthful information on all applications for  the Approvals, and that all other information provide to company is accurate.  Independent Contractor shall receive the Approvals prior to performing any Services under this Agreement.   Independent Contractor agrees to obtain and maintain all Approvals in full force and effect and in good standing at all times during the Term.  Independent Contractor's failure to obtain and maintain any license or permit necessary or required for Independent Contractor to perform services under the terms of this Agreement may (i) result in the forfeiture of any bonus and compensation, and (ii) result in disciplinary action, up to and including immediate termination. In some industries Independent Contractors must pass background checks administered in accordance with the requirements of the U.S. Department of Justice and the Federal Bureau of Investigations. These background checks will utilize either fingerprint or live-scan forms. To the extent such background checks produce evidence of Independent Contractors conviction of any violent crime, felony (battery, assault, theft, burglary, etc., even if only attempted) or any serious moving/traffic violations (D.U.I./D.W.I., warrant for the arrest of an individual for not paying fines, etc.), such evidence shall constitute grounds for termination, or the denial of Independent Contractors application to enter into an agreement with the Company. Additionally, individuals involved in any way with illegal substances will not be allowed to represent the Company or otherwise maintain a relationship with the Company. The abuse of a controlled substance shall be grounds for termination hereunder. The Company reserves the right to conduct random drug testing of Independent Contractors. Any Independent Contractors caught using, or attempting to use, store, transport, dispose of, or conceal ANY illegal substance,

paraphernalia, or other contraband, will be terminated immediately with the full extent of possible legal action brought against them.

16.    *Policies and Practices*. Independent Contractor agrees to abide by all the Company's rules, regulations, handbooks, manuals, training, policies, practices and procedures. The Company, in its sole and absolute discretion, may from time to time amend, modify or revise its rules, regulations, handbooks, manuals, policies, practices and procedures.  As part of said policies, the Company is committed to providing a work environment that is free from discrimination and intimidation and will not tolerate any form of harassment including racial, ethnic, or sexual harassment. Sexual harassment is defined as: (i) Verbal or physical conduct of a sexual nature that is unwelcome, and that has the effect of unreasonably interfering with work performance or creating an intimidating, hostile, or offensive work environment; (ii) Conduct that makes submission to or rejection of sexual acts the basis for any employment related decision, including continued employment or other conditions of employment. Such conditions may be either express or implied.  If any Independent Contractor feels that incidents of sexual harassment have occurred, such should contact the person who Independent Contract reports to immediately. Any Independent Contractor of the Company should make reports or raise concerns regarding harassment without fear of retaliation. All reports will be treated as confidentially as possible, and will be promptly and thoroughly investigated. Any employee or Independent Contractor of the Company who engages in sexual harassment or retaliates against anyone who reports sexual harassment will be subject to disciplinary action up to and including termination.

17.    *Arbitration and Equitable Relief*.  Any dispute or controversy arising out of, relating to, or in connection with this Agreement, or the interpretation, validity, construction, performance, breach, or termination thereof, shall be settled by binding arbitration to be held in Montgomery County, Texas in accordance with the National Rules for the Resolution of Employment Disputes then in effect of the American Arbitration Association (the "**Rules**").  The arbitrator may grant injunctions or other relief in such dispute or controversy.  The decision of the arbitrator shall be final, conclusive and binding on the parties to the arbitration. Judgment may be entered on the arbitrator's decision in any court having jurisdiction. **Independent Contractor hereby authorizes Company to use its banking information provided in this agreement to immediately resolve any and all unpaid balances that may result from the termination of this Agreement including but not limited to any and all monies Advanced to it for past and future Compensation, bonuses, incentives, commissions, and housing expenses as outlined in this Agreement**.

A.    The arbitrator(s) shall apply Texas law to the merits of any dispute or claim, without reference to conflicts of law rules.  The arbitration proceedings shall be governed by federal arbitration law and by the Rules, without reference to state arbitration law. Independent Contractor hereby consents to the personal jurisdiction of the state and federal courts located in Texas for any action or proceeding arising from or relating to this Agreement or relating to any arbitration in which the parties are participants.

B.    INDEPENDENT CONTRACTOR HAS READ AND UNDERSTANDS THIS SECTION, WHICH DISCUSSES ARBITRATION.  INDEPENDENT CONTRACTOR UNDERSTANDS THAT SUBMITTING ANY CLAIMS ARISING OUT OF, RELATING TO,

TriSMART Solar, LLC - Independent Contractor Agreement

OR IN CONNECTION WITH THIS AGREEMENT, OR THE INTERPRETATION, VALIDITY, CONSTRUCTION, PERFORMANCE, BREACH OR TERMINATION THEREOF TO BINDING ARBITRATION CONSTITUTES A **WAIVER OF INDEPENDENT CONTRACTOR'S RIGHT TO A JURY TRIAL** AND RELATES TO THE RESOLUTION OF ALL DISPUTES RELATING TO ALL ASPECTS OF THE COMPANY/INDEPENDENT CONTRACTOR RELATIONSHIP, INCLUDING BUT NOT LIMITED TO, THE FOLLOWING CLAIMS: (i) ANY AND ALL CLAIMS FOR WRONGFUL DISCHARGE OF EMPLOYMENT; BREACH OF CONTRACT, BOTH EXPRESS AND IMPLIED; BREACH OF THE COVENANT OF GOOD FAITH AND FAIR DEALING, BOTH EXPRESS AND IMPLIED; NEGLIGENT OR INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS; NEGLIGENT OR INTENTIONAL MISREPRESENTATION; NEGLIGENT OR INTENTIONAL INTERFERENCE WITH CONTRACT OR PROSPECTIVE ECONOMIC ADVANTAGE; AND DEFAMATION; (ii)   ANY AND ALL CLAIMS FOR VIOLATION OF ANY FEDERAL, STATE OR MUNICIPAL STATUTE OF ANY JURISDICTION, INCLUDING, BUT NOT LIMITED TO, TITLE VII OF THE CIVIL RIGHTS ACT OF 1964, THE CIVIL RIGHTS ACT OF 1991, THE AGE DISCRIMINATION IN EMPLOYMENT ACT OF 1967, THE AMERICANS WITH DISABILITIES ACT OF 1990, THE FAIR LABOR STANDARDS ACT, THE FAIR CREDIT REPORTING ACT, EMPLOYEE RETIREMENT INCOME SECURITY ACT OF 1974, THE FAMILY AND MEDICAL LEAVE ACT, THE WORKER ADJUSTMENT AND RETRAINING NOTIFICATION ACT, THE OLDER WORKERS BENEFIT PROTECTION ACT, AND THE TEXAS ANTI-DISCRIMINATION ACT (AND ALL TEXAS LABOR RULES AND REGULATIONS) or (iii) ANY AND ALL CLAIMS ARISING OUT OF ANY OTHER LAWS AND REGULATIONS RELATING TO EMPLOYMENT OR EMPLOYMENT DISCRIMINATION.

C.     *Remedy*. Except as provided by the Rules, arbitration will be the sole, exclusive and final remedy for any dispute between the Company and Independent Contractor. Accordingly, except as provided for by the Rules, neither the Company nor Independent Contractor will be permitted to pursue court action regarding claims that are subject to arbitration. Notwithstanding the foregoing, the arbitrator will not have the authority to disregard or refuse to enforce any lawful Company policy, and the arbitrator shall not order or require the Company to adopt a policy not otherwise required by law which the Company has not adopted.

D.     *Availability of Injunctive Relief*. In addition to the right under the Rules to petition the court for provisional relief, Independent Contractor agrees that any party may also petition the court for injunctive relief where either party alleges or claims a violation of **Sections 5, 6, or 11** of this Agreement or any other agreement regarding trade secrets, confidential information, nonsolicitation or noncompetition. In the event either the Company or Independent Contractor seeks injunctive relief, the prevailing party will be entitled to recover reasonable costs and attorneys' fees.

**18**.     *Voluntary Nature of Agreement*. Independent Contractor acknowledges and agrees that Independent Contractor is executing this Agreement voluntarily and without any duress or undue influence by the Company or anyone else. Independent Contractor further acknowledges and agrees that Independent Contractor has carefully read this Agreement and has asked any questions needed to understand the terms, consequences and binding effect of this Agreement and

TriSMART Solar, LLC - Independent Contractor Agreement

fully understand it, including that Independent Contractor is waiving its right to a jury trial. Finally, Independent Contractor agrees that Independent Contractor has been provided an opportunity to seek the advice of an attorney of its choice before signing this Agreement.

19.    *Construction of Agreement*. This Agreement shall be interpreted, construed and governed by and under the laws of the State of Texas, and Independent Contractor unconditionally submits to the jurisdiction of the courts located in Montgomery County, Texas in all matters relating to or arising from this Agreement.

A.    If any provision or clause of this Agreement or the application thereof to either party is held to be invalid by a court of competent jurisdiction, then such provision shall be severed herefrom, and such invalidity shall not affect any other provision of this Agreement, the balance of which shall remain in and have its intended full force and effect.

B.    In the event that the provisions of Section 11 of this Agreement shall ever be deemed to exceed the time or geographical limits permitted by applicable law, then such provisions shall be reformed to the maximum time and geographical limits permitted by applicable law.

C.    References herein to "Sections," "Paragraphs" or "Subparagraphs" mean the various paragraphs and subparagraphs of this Agreement. The headings and titles of the Paragraphs of this Agreement are not a part of this Agreement, but are for convenience only and are not intended to define, limit or construe the contents of the various Paragraphs. The term "including" means including, without limitation, unless the context clearly indicates otherwise.

D.    The representations, warranties, covenants and agreements of the parties shall be revived continuously during the Term, are in consideration of the compensation paid to Contractor and shall survive the termination of this Agreement.

E.    If any party hereto defaults in the performance of its covenants, agreements, or other obligations described in this Agreement, then in addition to any and all other rights or remedies which the non-defaulting party may have against the defaulting party, the defaulting party will be liable to and will pay to the non-defaulting party a sum equal to the non-defaulting party's court costs and the reasonable fees of its attorneys and their support staff incurred in enforcing the covenants, agreements and other obligations of the defaulting party in this Agreement.

F.    This Agreement contains the entire agreement between the parties hereto with respect to the subject matter hereof, and there are no understandings, representations or warranties of any kind between the parties except as expressly set forth herein.  Sections 5, 6, 7, 9, 10, 11, and 17 will survive termination of this Agreement.

G.    This Agreement may not be modified except by a writing duly signed by both parties hereto.

TriSMART Solar, LLC - Independent Contractor Agreement

H.    Neither this Agreement nor any right or obligation of Contractor hereunder may be assigned by Contractor without the prior written consent of Company. Subject thereto, this Agreement and the covenants and conditions herein contained shall inure to the benefit of and shall be binding upon the parties hereto and their respective successors and permitted assigns.

I.    All references herein to payment or sums of money shall mean in U.S. currency only. All references herein to calendar year, month, week or day shall mean the calendar and parts thereof as observed in the U.S. All references herein to date and time shall mean the date and time in Houston, TX, U.S.

J.    This Agreement may be executed in any number of counterparts, each of which shall be deemed an original and all of which shall constitute one and the same agreement.

K.    The waiver by either party of a breach or default by the other party of any provision of this Agreement shall not operate or be construed as a waiver of any other, continuing or subsequent breach or default by such party.

L.    Independent Contractor acknowledges that it has registered with any applicable federal, state and/or local government relating to the Services provide hereunder, and agrees to hold Company harmless from any violation of those laws. Independent Contractor expressly agrees that all work produced and Services performed for Company under this Agreement shall be performed by Independent Contractor subject to and in accordance with all local, state, and federal laws.  Independent Contractor shall hold and maintain during the performance of this Agreement all applicable licenses, permits, and/or certificates necessary for performance of Services under this Agreement agrees to hold Company harmless from damages, fines, penalties, loss, or expense resulting from Independent Contractor's failure to hold and maintain the same during performance of this Agreement.

IN WITNESS WHEREOF, the COMPANY hereby AGREES and ACCEPTS the terms and provisions as contained in this Agreement and its Exhibits and AFFIRMS the independent contractor relationship as described herein:

**COMPANY:**

TriSMART Solar, LLC

_____/e/ Mark Bench_____
Mark Bench, CEO

*[SIGNATURES CONTINUED ON NEXT PAGE]*

TriSMART Solar, LLC - Independent Contractor Agreement

*[INDEPENDENT CONTRACTOR SIGNATURE PAGE]*

IN WITNESS WHEREOF, the INDEPENDENT CONTRACTOR hereby AGREES and ACCEPTS the terms and provisions as contained in this Agreement and its Exhibits and AFFIRMS the independent contractor relationship as described herein:

**INDEPENDENT CONTRACTOR**

Signed: _____*jose Turrubiates*_____   Date: _____2025-01-31_____

Printed Name: _____Jose Turrubiates_____   Email: _____Joseturr1103@gmail.com_____

Address: _____102 Ruelle Lane Apt 102_____

SSN or EIN: █████_____

## EXHIBIT A - HOUSING

The Company may, in its sole discretion, arrange for living accommodations and furniture rental for its Independent Contractors. However, Independent Contractor is responsible to pay for rents and utilities (collectively, "*Rents*") owed during the time in which he/she is participating. If Housing is provided For a non-married Independent Contractor, he/she shall pay a minimum of $150.00 per week, plus any and all utilities. For married Independent Contractors, he/she shall pay a minimum of $350.00 per week, plus any and all utilities. Independent Contractor is expected to comply with all of the rules and regulations of such housing complex. In the event that Independent Contractors' actions or omissions results in damaged furniture provided by the Company or the Company being evicted from the complex, fined and or otherwise penalized, Independent Contractor shall be fully responsible for monetary damages that arise from such actions. Independent Contractor will also forfeit any ability to receive additional Compensation of Rents as set forth in Exhibit C and Independent Contractor shall pay for all of the additional relocating and housing costs that arise from said actions or omissions. The following are Company requirements for Housing:

- A valid, functioning credit card or checking account belonging to you.
- A deposit of $99 will be charged prior to Company providing housing.

The following additional rules apply to apartments:

- Sexual relations of any kind are not permitted in apartments of single Independent Contractors.
- Members of the opposite sex are not allowed to spend the night or sleep over in an apartment of single Independent Contractors.
- Drugs, alcohol, and tobacco are not permitted stored or used in COMPANY provided housing.
- Housing checks can be requested by your supervisor as needed to ensure proper use and care of the living area in order to eliminate charges against the company due to improper use and care of the housing complex.
- Any charges to COMPANY by the housing complex will be assessed to the Independent Contractor(s) who occupied the living space.
- Independent Contractors are 100% financially responsible for the utilities in their apartment. Utilities will be deducted from Compensation.
- Independent Contractors are responsible for 100% of the above stated rents and extra charges for the duration of the contracted work dates stated on the front of this agreement whether you fulfill your contracted work obligation to the Company or occupy the living space.
- Rent will be deducted regularly from each Compensation period (beginning with the 1st) until all rents have been paid.

In the event that the Company provides Housing for me, I agree to be held responsible and to pay, either through my Compensation, my checking account provided on my direct deposit form, or my credit card the required deposit ($99), the entirety of the rents, utilities, and charges due for the apartment whether I fulfill the agreement or occupy the living space. The Housing complex will likely require a credit check, a background check, an application fee, a deposit, and rent in which the Independent Contractor will be responsible for.

**I agree to all of the terms and conditions outlined in this Exhibit regarding Housing:**

**INDEPENDENT CONTRACTOR:**

Signed: _____*jose Turrubiates*_____    Date: ____2025-01-31_____

Printed Name: __Jose Turrubiates_____

# EXHIBIT B - THE SERVICES

1. *Services*. The Services shall include, but shall not be limited to the following:

    A. Independent Contractor shall directly solicit or assist in soliciting customers to receive products and service agreements offered by the Company, pursuant to which the Company will facilitate fulfillment of these products and services for the homes of such customers (collectively "Equipment");

    B. Independent Contractor shall directly assist in installing, servicing, or assisting in the fulfillment of products and service agreements offered by the Company.

    C. Independent Contractor is expected to devote full attention and primary efforts to furthering the Company's business interests

    D. Independent Contractor is expected to conscientiously manage the assigned territory or Accounts and exclusively sell the products, systems, and services offered by the Company.

    E. Independent Contractor is expected to timely prepare and submit all reports and documents as prescribed by the Company

    F. Independent Contractor is expected to keep track of customer communication and update the customer management software used by the Company.

    G. Independent Contractor shall be expected to perform post-sale duties which include, but are not limited to: (i) be the primary point of contact for all Customer related issues or problems, (ii) help to resolve Customer related problems, (iii) verify Contract terms with the customer and service provider; (iv) resell, re-service, recommit, and follow up with Customers when cancellation is threatened or in jeopardy, (v) assist with any ongoing approval processes as needed, (vii) encourage each Customer to provide referrals and host educational parties.

    H. Independent Contractor shall attend all meetings scheduled by Independent Contractor's principal Company contact;

    I. Independent Contractor shall be responsible for such services as are commensurate with and required by such position; and

    J. Independent Contractor shall provide any other services as the Company may reasonably request of or delegate to Independent Contractor from time to time.

2. *Attendance*. Independent Contractor's failure to abide by the attendance and punctuality policies of the Company as outlined herein or in any policies of the Company as in effect from time to time may (i) result in deductions from or forfeiture of bonus and compensation, and (ii) result in disciplinary action, up to and including termination. Notwithstanding anything to the contrary in such policies, Independent Contractor agrees as follows:

    A. Working Days: Independent Contractor shall provide the Services under this Agreement on the days and at the times as may be requested by Independent Contractor's supervisor or by the Company. Independent Contractor hereby commits to provide the Services to the Company on a minimum of five (5) days per calendar week, including every Saturday (the "**Working Days**").

    B. Recognized Holidays: Independent Contractor will not be required to provide the Services on: (A) July 4th (Independence Day); (B) the fourth Thursday of November (Thanksgiving Day); and (C) December 24 through January 1 of each calendar year

Docusign Envelope ID: 51496756-D72A-464C-BF2F-59D1E95F7B4D

(Holiday Break)  (collectively, the  "Holidays"). Independent Contractor understands and agrees that Independent Contractor is not entitled to any compensation for any Holiday.

C.  Time-Off:  In addition to the Holidays,  Independent Contractor  may  request  a maximum of ten (10) Working Days of time off during each calendar year during the Term ("**Time Off**").   The ten (10) days of Time-Off shall be prorated for any partial calendar year during the Term.  In order to qualify for Time-Off, Independent Contractor shall obtain Independent Contractor's supervisor's written authorization at least seven (7) days before any requested Time-Off. Independent Contractor's supervisor may approve or disapprove any requested Time- Off in such supervisor's reasonable discretion.  If Independent Contractor is unfit to perform the Services under the Agreement on any Working Day, whether due to illness, injury, or other impairment, then Independent Contractor shall provide Independent Contractor's supervisor with prompt prior written notice.  Any Working Day missed due to such requested time off for illness, injury, or other impairment shall be deducted from the Time-Off provided to Independent Contractor during the applicable calendar year. Independent Contractor understands and agrees that Independent Contractor is not entitled to any compensation for or any Time-Off.

**I agree to all of the terms and conditions outlined in this Exhibit regarding the services:**

**INDEPENDENT CONTRACTOR:**

Signed:_____*jose Turrubiates*_____    Date:_____2025-01-31_____

**EXHIBIT C - COMPENSATION**

1. **Incentive Compensation Plan Objectives Acknowledgement, Agreement & Objectives:**

TriSMART Solar, LLC (the "Company") 2024-25 Sales Compensation Plan Terms and Conditions (the "Plan") supports the Company's business objectives and its compensation philosophy of providing competitive total compensation to its Independent Contractors based upon the achievement of specific goals. The Plan is an important part of the Company's commitment to recognize and reward Independent Contractors who contribute to the Company's overall success and attainment of its business objectives and who successfully work with team members to achieve their plan. This Plan is used to describe the Commissions, Bonuses, Advances, "Spiffs," draws, and other sales-based Incentive Compensation, and to set forth the terms and conditions that will apply to earning and payment of Commissions for qualified Independent Contractors. Defined terms are set forth in Appendix A and throughout the Plan.

2. **Eligibility and Participation:**

To be eligible to participate in the Plan, an Independent Contractor must meet <u>all</u> of the following criteria:

1. Be contracted in the Company's Sales organization as an Independent Contractor on the date that any Commission is Earned;
2. Not participate in or receive any other Company variable cash compensation;
3. Be issued an Individual Incentive Plan Schedule ("Schedule" or "Backsheet");
4. Sign and return to the Company a copy of the 2024-25 Sales Compensation Plan Acknowledgment Form ("Acknowledgement") and the Schedule; and
5. Sign and return to Company a copy of the TriSMART Solar, LLC ICA

Any Independent Contractor who has not signed and returned the TriSMART Solar, LLC ICA as set forth above, will not be eligible to Earn any Commission under this Plan.

3. **Plan Coverage/Prior Plans Superseded:**

This Plan shall be effective January 1, 2026, until further notice. This Plan supersedes all other previously written, oral or otherwise stated Plans set forth, except as expressively provided therein. Upon adoption of a new Plan, Independent Contractors are no longer eligible to Earn Commissions under the terms of any prior Plan, except as expressly provided for therein. This Plan and the Independent Contractor's individual Schedule together contain the entire agreement between the Independent Contractor and the Company for compensation, and supersede any and all prior compensation agreements, in any form, or discussions between the Company and the Independent Contractor except as expressly stated herein with respect to transactions Booked prior to January 1, 2026, which shall continue to be governed by the Terms and Conditions of the prior applicable Plan, including, but not limited to, reconciliations and debookings as set forth therein.

The Company reserves the right to change the Plan at any time at its sole discretion. Any such

changes will be made on a going forward basis only. Notification of changes to the Plan or Schedule will be made in writing to each affected Independent Contractor by a managing partner or his/her designee. Changes may be made to revise production expectations and strategies, to correct bona fide errors in the Plan and/or Schedule, and for any other legitimate business purpose. Changes to this Plan shall only affect Contracts that are Booked after a change has been made.

4. **Compensation Components:**

Incentive Compensation: Incentive Compensation is the variable cash compensation that is paid for the achievement of defined performance objectives. Individual Schedules are tailored to the specific responsibilities of each position or position family. To the extent there is any inconsistency between this Plan and any of the Schedules, this Plan shall control. Eligible Independent Contractors will be issued a copy of his/her Schedule. All Independent Contractors are required to sign the Schedule.

5. **Duties:**

The duties of each Independent Contractor are intended to enhance to the revenue, gross margin, profitability, and reputation of the Company through professional attention to the following:

A. Each Independent Contractor is expected to devote full attention and primary efforts to furthering the Company's business interests.

B. Each Independent Contractor is expected to conscientiously manage the assigned territory or Accounts and exclusively sell the products, systems, and services offered by the Company.

C. Each Independent Contractor is expected to timely prepare and submit all reports and documents as prescribed by the Company.

D. Each Independent Contractor is expected to keep track of customer communication and update the customer management software used by the Company in order to get paid accurately and on time.

E. Each Independent Contractor is responsible for the expense budget assigned to his/her area of responsibility.

F. Each Independent Contractor is expected to perform post-sale duties which include, but are not limited to: (i) be the primary point of contact for all Customer related issues or problems, (ii) help to resolve Customer related problems, (iii) verify Contract terms with the customer and solar provider; (iv) resell, recommit, and follow up with Customers when cancellation is threatened or in jeopardy, (v) assist with the home owners association approval process as needed, (vii) encourage each Customer to provide referrals and host solar parties.

G. Each Independent Contractor is expected to abide by the provisions of this Plan. This Plan does not in any way alter the at-will status of any Independent Contractor's working

relationship with the Company, and does not obligate either party to continue the working relationship.

H.  Each Independent Contractor is expected to comply with the Company's guidelines, and may not recruit another Independent Contractor, employee, independent contractor or any other affiliated employee representatives from the Company for another job or business venture without prior approval from the CRO and CEO of the Company.

## 6. Commission Payments:

A. Earning of Commissions. Due to continuing potential cancellation of the set, appointment, lead, sale, post-sale obligations of the Independent Contractor, and numerous other factors, including but not limited to factors related to utility requirements and governmental regulations, No Commission is Earned until after all of the applicable conditions have been met.

B. Referral Commission Rate: Independent Contractor Confirmed Appointments, Sales, and Installations that result from a verified customer referral will be subject to the same commission rate less any promises to the party who referred the new customer. If the referral resulted from a customer who was contacted and whose appointment was set by an independent contractor, then originating independent contractor who set the appointment and the originating independent contractor's manager will get credit for the appointment resulted by the referral. If the originating independent contractor or his/her manager are no longer working for the Company, the credit or commissions remain with the Company.

C. Commission Splits: If more than one Independent Contractor plays a significant role in the setting, confirming, and closing of a customer, and/or will be responsible for ongoing duties then the Commission may be split between the Independent Contractors. The CRO and CEO will determine the split percentages, if any, prior to the execution of the sale. Such decision is at their sole discretion, and is final. Under no circumstance will more than 100% of the standard Commission be paid on a single sale.

D. Tax Withholding. All Commission and Advance payments are considered 1099 compensation. As such, taxes owed to any entity are the responsibility of the Independent Contractor.

## 7. Commission Statements:

The Company will calculate each Independent Contractor's Commissions according to the Schedule in effect. The Company will distribute a statement each month that describes all Commissions Earned and any relevant sales activity per the prior Plan terms. Commission statements for a particular month will be distributed as part of the last pay period of the month after those Commissions have been calculated. All Earned Commissions will be paid no later than the next regularly scheduled payroll period. It is the responsibility of the Independent Contractor to report any errors on a Commission statement to the Sales Operations department AND to the Independent Contractor's Manager in writing via email. Issues and/or questions by the Independent Contractor in regard to a Commission statement should be submitted, in writing to the Independent Contractor's Manager and the VP of Sales and Marketing Operations within thirty (30) days of the date of the statement on which there is an issue or question. The Independent Contractor shall not be entitled to any compensation of any kind

based on any sales or potential sales not specifically provided for in this Plan.

**8. <u>Earned Commissions:</u>**

Commissions are deemed Earned Commissions with respect to any applicable set, confirmed appointment, sale, and install only when EACH AND EVERY one of the following conditions has been met:

A. <u>Independent Contractor Eligible/Contracted</u>. Independent Contractor is contracted by the Company and eligible to Earn a Commission on the date the Company determines that the applicable Commission is Earned in accordance with the terms of the Plan.

B. <u>Company Discretion</u>. Commissions are Earned based on the same accounting standards the Company uses when recognizing revenue. However, in some cases, a Commission may be deemed Earned under the terms of this Plan even if such standards for revenue recognition have not been satisfied or considered. When these events occur, the Company reserves the right to make a determination in its sole discretion whether to distribute the Commission as Earned in order to comply with applicable state and federal law or to distribute based on the best interests of the Company.

C. <u>Confirmed Appointment Proposal</u>: Company must confirm that the set resulted into a confirmed appointment proposal (CAP) defined as a customer who allows one of our independent contractors into their home in which a legitimate solar savings proposal is generated by the solar provider and presented to the homeowner.

D. Earned Commissions will be paid on the Friday following the day of each Confirmed Appointment Proposal.

**9. <u>Administration:</u>**

The Company reserves the right to interpret and apply the terms of the Plan. Any matters or disputes affecting compensation or other elements of this Plan will be addressed and resolved by the Company's CRO. Questions about this Plan should be directed in writing via email to or to any of the CRO or CEO.

**10. <u>Termination and Leave of Absence: No Unearned Commission will be Paid:</u>**

A. <u>No Payment of Unearned Commissions upon Termination/ Reconciliation of Advances</u>. Upon an Independent Contractor's termination of employment with the Company, for any reason, whether voluntary or voluntary, and whether with or without cause, the Independent Contractor will not be paid for any Commissions not already Earned prior to the date of termination. Any Advances paid to the Independent Contractor, but not yet Earned by the Independent Contractor at the time of termination, in accordance with the terms of and prior Plans, will be reconciled against earned Commissions. Independent Contractors who have accepted Advances and/or Recoverable Draws and have already received payment on all Earned Commissions should be aware that they may not be entitled to additional Commissions upon separation once Advances and/or Recoverable Draws already received by the Independent Contractor have been reconciled.

B. <u>No Unearned Commissions are Payable During Leaves of Absence</u>. Independent

Contractors taking any leave of absence partially through a month, quarter, or Plan Year will only be eligible to receive Incentive Compensation for Commissions Earned prior to the last day worked on record, as determined at the sole discretion of management and based on the definitions outlined in this Plan. The Company will comply with all applicable laws regarding statutory leaves of absence.

11. **Employment Terms and Conditions**

    A.  Transfer to Commission Eligible Position. Independent Contractors who transfer from a position not eligible to receive Incentive Compensation under this Plan to a position that is eligible to receive Incentive Compensation under this Plan shall first become eligible to participate in the Plan beginning their first full day of employment in the new position. The Company's management will make every attempt to transfer Independent Contractors at the beginning of a month. However, the Company reserves the right to transfer Independent Contractors according to business needs.

    B.  Transfer to Non-Commission Eligible Position. Participation in this Plan ceases on the date of transfer for Independent Contractors who transfer to a position that is not eligible for Incentive Compensation under this Plan. Company management will make every attempt to transfer Independent Contractors at the end of a month; however, the Company reserves the right to transfer Independent Contractors according to business needs. If an Independent Contractor transfers to an ineligible position mid-way through a month, quarter, or plan year, the Independent Contractor will be eligible to receive Incentive Compensation only for Commissions Earned prior to the last day worked in the incentive eligible position.

    C.  At-Will Status. Nothing in this Plan is intended to or should modify an Independent Contractor's independent contractor status. Both the Independent Contractor and the Company remain free to terminate the independent relationship between them, with or without cause or advance notice, at any time.

12. **Ethics Policy:**

Independent Contractor acknowledges that he/she is aware of, and agrees to abide by, the following sales transaction ethics policies: (i) to promptly and properly document and enter into the Company's reporting system all Company sales, service and related transactions; (ii) to not engage in any illegal acts, fraud, or violations of Company policy, and (iii) to not accept or provide any gifts, gratuities, kickbacks from or to, or receive benefits such as salary, stock awards or stock option participation from, Company Customers, suppliers, service providers, Business Partners, and/or competitors in violation of Company Ethics Guidelines. Independent Contractor further agrees that he/she will immediately report, to a Company executive, any violations of policies (i)-(iii) that he/she becomes aware of.  Independent Contractor shall follow at all times the laws with regards to solicitation and avoid in every way even the appearance of misrepresentation, fraud, deceptive trade practices or the like and shall indemnify the Company for any of their actions that result in any claims against the Company for violation of these laws.

13. **Plan Acceptance:**

This Plan sets forth the Commission to be Earned by Independent Contractors under this Plan. Nothing herein shall be construed to create a contract of employment. In order to be eligible

and paid for compensation under this Plan, each Independent Contractor is required to accept the Plan and acknowledge they have read and understand its provisions by returning a signed copy of the Acknowledgement, the Schedule, and the Confidentiality Agreement, as set forth in Section 2 above. Independent Contractors that have not fully complied with the requirements of this section will not Earn Commissions under the terms of this Plan.

14. **Reservation of Right to Amend the Plan:**

   A. This Agreement cannot be modified or amended except in a writing signed by the Company's CRO and CEO.

   B. The Company expressly reserves the right, in its sole discretion, to amend, revise, modify, change, or withhold Incentive Compensation where there is a bona fide dispute as to whether the Commission has been Earned or Advance is payable.

   C. The Company also expressly reserves the right, in its sole discretion, to terminate any and all provisions of the Plan, at any time, with or without notice, to the extent permitted by applicable law and the terms of this Plan.

   D. The Company reserves the right to alter Performance Expectations or other targets at any time.

   E. The Independent Contractor's execution of his/her individual Schedule and/or participation in the Plan is an acknowledgement of and an agreement to (1) all the terms and conditions of this Plan; and (2) the Company's right to amend, revise, change, and or terminate any and all provisions of the Plan, except as provided herein or as prohibited by applicable law.

   F. Changes to this Plan shall only affect Contracts that are booked AFTER a change has been adopted.

15. **Severability; Governing Law:**

In the event that any provision or any portion of any provision of this Plan becomes or is declared by a court or administrative agency of competent jurisdiction to be illegal, unenforceable or void, this Plan shall continue in full force and effect without said provision or portion of provision. The laws of the State of Texas shall govern this Plan, without regard for choice of law provisions.

16. **Effective Date:**

This Plan shall become effective on January 1, 2024, and shall supersede in their entirety all prior sales Incentive Compensation plans, except as expressly set forth herein.

17. **Arbitration:**

Any dispute, claim, or controversy arising out of or relating to this Independent Contractor Agreement or the breach, termination, enforcement, interpretation or validity thereof, including the determination of the scope or applicability of this agreement to arbitrate, (additionally including but not limited to employment claims including but not limited to, any

claims regarding Commissions Earned, reconciliation of Advances, or any other claims arising out of or related to this Plan) shall be determined by arbitration in Houston, Texas, before one arbitrator. The arbitration shall be administered by JAMS pursuant to its Comprehensive Arbitration Rules and Procedures. Judgment on the Award may be entered in any court having jurisdiction.

**Waiver of Jury Trial:** The parties agree to waive any right to a jury trial with respect to any claim or dispute subject to this arbitration provision.

**Class Action Waiver:** The parties agree that all claims must be brought in the parties' individual capacity, and not as a plaintiff or class member in any purported class, collective, or representative proceeding. The arbitrator may not consolidate more than one person's claims, and may not otherwise preside over any form of a representative or class proceeding.

**Arbitrator Selection:** The arbitrator shall be selected from the JAMS panel of neutral arbitrators and must be a retired judge or a lawyer with at least ten years of experience in commercial law.

**Arbitration Procedures:**
- **Discovery:** Limited discovery will be permitted according to JAMS rules, but the arbitrator will have the authority to order such discovery as deemed necessary for a fair resolution of the dispute, with an emphasis on efficiency.
- **Evidence:** The arbitrator shall have the authority to entertain motions dispositive of all or part of any claim. The arbitrator shall issue a written decision and provide a detailed explanation for the decision.
- **Award:** The arbitrator may grant any remedy or relief that a court of the state of Texas could order or grant within the scope of this agreement, including, but not limited to, specific performance of any obligation, damages, or an injunction.

**Confidentiality:** All aspects of the arbitration proceeding, including but not limited to the hearing, the evidence presented, and the decision, shall be strictly confidential. The parties agree to maintain confidentiality unless disclosure is required by law.

**Costs:** The Contractor shall bear all costs of arbitration, including the arbitrator's fees, except where Texas law mandates otherwise. However, each party shall bear their own attorney's fees unless the arbitrator awards such fees to the prevailing party.

**Severability:** If any part of this arbitration provision is deemed invalid or unenforceable, the remainder of this provision shall remain in effect.

18. <u>**Definitions:**</u>

**Advance**: Any Commission payment made prior to the date on which it is Earned in accordance with Section 8 of the prior applicable Compensation Plan. All of those Advances are subject to potential Reconciliation or De-Booking.

**CAP**: (Confirmed appointment proposal) occurs when an Independent Contractor representing the Company is given the opportunity to sit down with the customer and present a solar

proposal to them provided by solar provider.

**Booking Date:** Booking Date definitions for different market types are listed below.

**Residential / Builder**: The date on which the Contract between the Customer and the Company is executed by both parties, via electronic signature or physical signature, resulting in the creation of a job in the Solar Providers Customer Management Software with a corresponding Created date.

**Commercial / Government**: The date on which TriSMART Solar, LLC signs the executed Contract between the Customer and the Company, via electronic signature or physical signature, resulting in the creation of a job in the Solar Providers Customer Management Software with a corresponding Created date, if there are no contingencies. In the case where there are contingencies, the Booking Date shall be the date on which all contingencies are resolved.

**Commercial / Government / Military Housing**: The criteria below must be met before a Booking Date can be produced.

- The Company has a contract in house that is signed and executed by both parties
- The Contract has a clear effective date and a contract number associated with it
- The Contract is archived in the Company's legal contract repository
- Any Contract contingencies must be reviewed and approved by Sales Operations
- The Booking must have a Solar Providers Customer Management Software ID
- The Booking must not be in the "Sales" status in the Solar Providers Customer Management Software

**Business Partner:** An entity or individual with whom the Company has a contractual relationship. Examples include home builders, resellers, and channel partners.

**Contract**: The governing document between the end-user and the Company, defining terms and conditions of the relationship, including all exhibits to the Contract.

**Customer**: Any account or group of accounts associated by the same name or billing address, same contact name or same payee. This includes all separate physical locations of the entity. Where there is a dispute as to the "Parent" entity of a group of accounts, the Customer's headquarters location shall be deemed the Parent.

**Independent Contractor/s**: Company Independent Contractors who meet the eligibility criteria set forth in this Plan are referred to as Independent Contractors. Independent Contractors include but are not limited to: Sr. Field Energy Independent Contractors, Field Energy Independent Contractors, Sr. Inside Energy Independent Contractors, Inside Energy Independent Contractors, Inside Energy Specialists, Direct Energy Independent Contractors, Regional Sales Managers, Regional Sales Directors, Regional Sales Vice Presidents and any other sales-related title that the Company may use from time to time.

**Final Contract:** Final Contract is achieved when "Contract Accepted" or an equivalent status is reflected in the Solar Providers Customer Management Software.

**House Account**: A Customer becomes a House Account when the initial Independent Contractor is no longer an eligible Independent Contractor under this Plan. The CRO and CEO, at their sole discretion, may transfer a House Account to another Independent Contractor regardless of territory assignment or Independent Contractor category. Any unpaid compensation associated with a House Account may be allocated to the Independent Contractor assigned to the Account at the sole discretion of the Company's CRO and CEO.

**Incentive Compensation**: Commission or bonus compensation Earned under the Plan.

**Installation**: Installation is completed when all of the following events have occurred with respect to a project: (i) the photovoltaic system has been installed; and (ii) all building permits needed to construct the system have been obtained; and (iii) the project has reached Installation Complete and has moved into an Inspection, Utility, or Closed status in the Solar Providers Customer Management Software.

**List Price**: A $/kWh PPA price assigned to each utility by the Company's Finance department. This definition is only applicable to Residential Energy Independent Contractors.

**Referrer:** The individual or entity who referred business to the Company as indicated in the appropriate field in the Company's Customer Management Software.

**Revenue**: The sum of all amounts itemized in periodic revenue recognized for the Customer NET of any fund taxes or sales taxes. Fund taxes and sales taxes are collectively known as "Appraisal Taxes."

**Customer Management Software** The customer relationship management software used by TriSMART Solar, LLC.

**Solar Provider Customer Management Software:** The customer relationship management software used by Solar Provider.

**Spiffs:** A special incentive program promoting a predefined sales goal. Spiffs must be agreed upon in writing by all parties involved and approved by the CRO and CEO.

**Commission:** An incentive payment Earned under this Plan.

**Consultation:** An appointment by phone or in person to hold preliminary discussions about the sale of the Company's products or services. A Consultation generally occurs after the prospective Customer has been qualified. Consultations are sometimes referred to as an "Opportunity"

**19. <u>Confirmed Appointment Proposal (CAP) Commissions</u>:**

A. All Commissions are paid and Earned, as defined by the terms of the Plan.

B. Commissions are typically subject to calculation on the Monday following the pay period. Commission statements and payments are distributed after all Commissions have been calculated and are deemed Earned under the terms of the Plan.

C. Reassigned Opportunities: If a Independent Contractor is separated from the company prior to the Commission being Earned, the Company has the ability to reassign Opportunities generated by that Independent Contractor to a new Independent Contractor.

D. If the Opportunity has not progressed as defined in the Plan, the new Independent Contractor will be eligible to Earn the full under the terms of the Plan.

E. If the Opportunity has progressed past, the new Independent Contractor will be eligible to receive a commission determined by Company.

20. **Commission Splits:**

If more than one Independent Contractor plays a significant role in the duties of creating a customer, then Commissions may be split between the Independent Contractors. The CRO and CEO will determine the split percentages, if any, prior to the Installation of the sale. Such decision is at their sole discretion and is final. Under no circumstance will more than 100% of the standard Commission be paid on a single sale.

In the event that the Independent Contractor willfully disregards the Company's promotional and/or discounting policies, such conduct will be deemed gross negligence and/or willful misconduct and no Commission will be deemed to be Earned.

21. **Product Bonuses and Contests:**

A. The Company may, from time to time announce Bonuses, which shall enable the Independent Contractor to Earn incentive compensation incremental to regular Incentive Commissions.

B. The Company may periodically hold contests that will reward winners with some form of compensation. Such contests will run for a specifically defined period of time and are subject to the rules of the contest.

22. **Independent Contractor Separations:**

Upon Independent Contractor's separation from the company, whether voluntary or involuntary, and whether with or without cause, the Independent Contractor will not be paid for any Commissions not already Earned prior to the date of separation. In addition, any Advances under any prior Plan and/or recoverable Boost payments not yet recovered will be reconciled against Earned Commissions.

23. **Eligibility and Participation:**

Any Independent Contractor who has not signed and returned the TriSMART Solar, LLC Independent Contractor Agreement, Plan Acknowledgment, and related documents including the signed Confidentiality Agreement and Plan Schedule will not be eligible to Earn any

Commission and will not be paid any Commissions under this Plan until such documents have been executed and received by the Company

## 24. <u>Acknowledgement:</u>

I acknowledge that:

A.  I received the 2024-25 Sales Compensation Plan (the "Plan") Documents, including the 2024-25 Sales Compensation Plan Terms and Conditions, the 2024-25 Individual Incentive Plan Schedule ("Schedule") and this Acknowledgement.

B.  I have read the Plan and Schedule and clarified all of my questions about these documents.

C.  <u>This</u> confirms that I have not relied upon any representations or statements made by the Company that are not specifically set forth in the Plan.

D.  I understand that the Plan is not an employment contract, and I remain an at-will Independent Contractor. Therefore, either the Company or I may terminate my employment at any time for any reason.

E.  I also acknowledge the provisions of any prior Plan related to reconciliation of Advances and De-Bookings upon termination of employment and/or leaves of absence. I agree that I will not be entitled to any Unearned Commission and upon termination I will not be paid any additional sums if, after reconciliation of any Unearned Commissions already paid to me, no additional Earned Commissions are owed.

F.  I understand that I am required to disclose all commitments made to any Customer, whether oral or written, that are not reflected on the Contract – including, without limitation, extended payment terms, return rights, upgrades, refunds, exchanges, bundled services, acceptance criteria, service obligations, future discounts, and/or extended warranty. I also understand that failure to timely disclose these types of commitments or obligations will result in a De-Booking of any such transaction and can result in termination of employment.

G.  I understand that failure to sign and return this Acknowledgement, the Schedule, and the Confidentiality Agreement; will disqualify me from Earning any Commission or receiving any Advance payments from the Company.

H.  I understand that I must submit to binding arbitration of any claims arising out of or related to this Plan as set forth in the arbitration provisions of the Confidentiality Agreement. I understand and agree that I am required to sign the Confidentiality Agreement to be eligible to participate in this Plan.

For the purposes of this Acknowledgment, any statement regarding receipt of documents or materials shall be understood as referencing the event of their delivery by the Company.

**I AGREE TO ALL OF THE TERMS AND CONDITIONS OUTLINED IN THIS EXHIBIT REGARDING COMPENSATION:**

**INDEPENDENT CONTRACTOR:**

Signed:_____*jose Turrubiates*_____        Date:_____2025-01-31_____

Form **W-9**
(Rev. October 2018)
Department of the Treasury
Internal Revenue Service

# Request for Taxpayer
# Identification Number and Certification

▶ Go to *www.irs.gov/FormW9* for instructions and the latest information.

**Give Form to the requester. Do not send to the IRS.**

**1** Name (as shown on your income tax return). Name is required on this line; do not leave this line blank.

Jose Turrubiates

**2** Business name/disregarded entity name, if different from above

**3** Check appropriate box for federal tax classification of the person whose name is entered on line 1. Check only **one** of the following seven boxes.

☑ Individual/sole proprietor or single-member LLC    ☐ C Corporation    ☐ S Corporation    ☐ Partnership    ☐ Trust/estate

☐ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=Partnership) ▶ _____ Na

**Note:** Check the appropriate box in the line above for the tax classification of the single-member owner.  Do not check LLC if the LLC is classified as a single-member LLC that is disregarded from the owner unless the owner of the LLC is another LLC that is **not** disregarded from the owner for U.S. federal tax purposes. Otherwise, a single-member LLC that is disregarded from the owner should check the appropriate box for the tax classification of its owner.

☐ Other (see instructions) ▶

**4** Exemptions (codes apply only to certain entities, not individuals; see instructions on page 3):

Exempt payee code (if any) ___ Na

Exemption from FATCA reporting code (if any) ___ Na

*(Applies to accounts maintained outside the U.S.)*

**5** Address (number, street, and apt. or suite no.) See instructions.

102 Ruelle Lane apt102

Requester's name and address (optional)

**6** City, state, and ZIP code

San Antonio Texas.  78102

**7** List account number(s) here (optional)

*Print or type.* *See **Specific Instructions** on page 3.*

## Part I    Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on line 1 to avoid backup withholding. For individuals, this is generally your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the instructions for Part I, later. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN,* later.

**Note:** If the account is in more than one name, see the instructions for line 1. Also see *What Name and Number To Give the Requester* for guidelines on whose number to enter.

**Social security number**

▮▮▮ – ▮▮ – ▮▮▮▮

**or**

**Employer identification number**

▯▯ – ▯▯▯▯▯▯▯

## Part II    Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me); and

2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and

3. I am a U.S. citizen or other U.S. person (defined below); and

4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions for Part II, later.

**Sign Here**    Signature of U.S. person ▶ *jose Turrubiates*    Date ▶ 01/31/2025

# General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments**. For the latest information about developments related to Form W-9 and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/FormW9.*

## Purpose of Form

An individual or entity (Form W-9 requester) who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) which may be your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN), to report on an information return the amount paid to you, or other amount reportable on an information return. Examples of information returns include, but are not limited to, the following.

• Form 1099-INT (interest earned or paid)

• Form 1099-DIV (dividends, including those from stocks or mutual funds)

• Form 1099-MISC (various types of income, prizes, awards, or gross proceeds)

• Form 1099-B (stock or mutual fund sales and certain other transactions by brokers)

• Form 1099-S (proceeds from real estate transactions)

• Form 1099-K (merchant card and third party network transactions)

• Form 1098 (home mortgage interest), 1098-E (student loan interest), 1098-T (tuition)

• Form 1099-C (canceled debt)

• Form 1099-A (acquisition or abandonment of secured property)

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN.

*If you do not return Form W-9 to the requester with a TIN, you might be subject to backup withholding. See* What is backup withholding, *later.*

Cat. No. 10231X

Form **W-9** (Rev. 10-2018)

Docusign Envelope ID: 5149675C-D72A-464C-BF2F-E9D1E95F7B4D



# BANKING INFORMATION

NAME ON BANK ACCOUNT: Jose turrubiates _____

Please Note that Paychecks can only be deposit into an account with the TriSMART Solar Employees Name

BANK NAME: ███████████████_____

ROUTING NUMBER: ██████_____

ACCOUNT NUMBER: ████████_____

I Certify that this information is correct and authorize TriSMART Solar LLC to make deposit into this account.

_____*jose Turrubiates*_____        2025-01-31_____
Signature                                   Date

Jose Turrubiates
_____
Full Name

Docusign Envelope ID: 5149675C-D72A-464C-BF2F-59D1E95F7B4D

# Signature Certificate

Reference number: V9FTA-R8MA8-JDROU-DBJZV

| Signer | Timestamp | Signature |
|--------|-----------|-----------|

Email: joseturr1103@gmail.com

| | |
|---|---|
| Sent: | 31 Jan 2025 16:13:52 UTC |
| Viewed: | 31 Jan 2025 17:07:50 UTC |
| Signed: | 31 Jan 2025 17:35:55 UTC |



**Recipient Verification:**

✔Email verified          31 Jan 2025 17:07:50 UTC

IP address: 172.56.94.117
Location: Austin, United States

Document completed by all parties on:

31 Jan 2025 17:35:55 UTC

Page 1 of 1



**Signed with PandaDoc**

PandaDoc is a document workflow and certified eSignature
solution trusted by 50,000+ companies worldwide.

**D** docusign

## Certificate Of Completion

| | | |
|---|---|---|
| Envelope Id: 514967EC-D72A-464C-BF2F-E9D1E05F7B4D | | Status: Completed |
| Subject: Action Required: Updated Onboarding Documents | | |
| Subcontractor Address: n/a | | |
| Send to CLM: No | | |
| Source Envelope: | | |
| Document Pages: 36 | Signatures: 0 | Envelope Originator: |
| Certificate Pages: 4 | Initials: 0 | TriSMART Onboarding |
| AutoNav: Enabled | | 600 Northpark Central |
| EnvelopeId Stamping: Enabled | | St. 140 |
| Time Zone: (UTC-06:00) Central Time (US & Canada) | | Houston, TX  77073 |
| | | onboarding@trismartsolar.com |
| | | IP Address: 203.189.116.88 |

## Record Tracking

| | | |
|---|---|---|
| Status: Original | Holder: TriSMART Onboarding | Location: DocuSign |
| 6/4/2025 12:22:04 PM | onboarding@trismartsolar.com | |

| Signer Events | Signature | Timestamp |
|---|---|---|
| Jose Turrubiates | **Completed** | Sent: 6/4/2025 12:29:00 PM |
| joseturr1103@gmail.com | | Resent: 6/10/2025 12:18:56 PM |
| Sales rep | | Viewed: 6/10/2025 12:23:01 PM |
| turrubiattes Enterprises | Using IP Address: | Signed: 6/10/2025 12:26:43 PM |
| Security Level: Email, Account Authentication (None) | 2603:8081:5300:2e:14cc:b18d:ab0:caf3 | |
| | Signed using mobile | |
| **Electronic Record and Signature Disclosure:** | | |
| Accepted: 6/10/2025 12:23:01 PM | | |
| ID: f5938c65-19bd-4097-9d7a-1b6766de14da | | |

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

| Certified Delivery Events | Status | Timestamp |
|---|---|---|

| Carbon Copy Events | Status | Timestamp |
|---|---|---|

| Witness Events | Signature | Timestamp |
|---|---|---|

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 6/4/2025 12:29:00 PM |
| Certified Delivered | Security Checked | 6/10/2025 12:23:01 PM |
| Signing Complete | Security Checked | 6/10/2025 12:26:43 PM |
| Completed | Security Checked | 6/10/2025 12:26:43 PM |

| Payment Events | Status | Timestamps |
|---|---|---|

## Electronic Record and Signature Disclosure

**CONSUMER DISCLOSURE**

From time to time, Triguard.com (we, us or Company) may be required by law to provide to you certain written notices or disclosures. Described below are the terms and conditions for providing to you such notices and disclosures electronically through the DocuSign, Inc. (DocuSign) electronic signing system. Please read the information below carefully and thoroughly, and if you can access this information electronically to your satisfaction and agree to these terms and conditions, please confirm your agreement by clicking the â€˜I agreeâ€™ button at the bottom of this document.

**Getting paper copies**

At any time, you may request from us a paper copy of any record provided or made available electronically to you by us. You will have the ability to download and print documents we send to you through the DocuSign system during and immediately after signing session and, if you elect to create a DocuSign signer account, you may access them for a limited period of time (usually 30 days) after such documents are first sent to you. After such time, if you wish for us to send you paper copies of any such documents from our office to you, you will be charged a $0.00 per-page fee. You may request delivery of such paper copies from us by following the procedure described below.

**Withdrawing your consent**

If you decide to receive notices and disclosures from us electronically, you may at any time change your mind and tell us that thereafter you want to receive required notices and disclosures only in paper format. How you must inform us of your decision to receive future notices and disclosure in paper format and withdraw your consent to receive notices and disclosures electronically is described below.

**Consequences of changing your mind**

If you elect to receive required notices and disclosures only in paper format, it will slow the speed at which we can complete certain steps in transactions with you and delivering services to you because we will need first to send the required notices or disclosures to you in paper format, and then wait until we receive back from you your acknowledgment of your receipt of such paper notices or disclosures. To indicate to us that you are changing your mind, you must withdraw your consent using the DocuSign â€˜Withdraw Consentâ€™ form on the signing page of a DocuSign envelope instead of signing it. This will indicate to us that you have withdrawn your consent to receive required notices and disclosures electronically from us and you will no longer be able to use the DocuSign system to receive required notices and consents electronically from us or to sign electronically documents from us.

**All notices and disclosures will be sent to you electronically**

Unless you tell us otherwise in accordance with the procedures described herein, we will provide electronically to you through the DocuSign system all required notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to you during the course of our relationship with you. To reduce the chance of you inadvertently not receiving any notice or disclosure, we prefer to provide all of the required notices and disclosures to you by the same method and to the same address that you have given us. Thus, you can receive all the disclosures and notices electronically or in paper format through the paper mail delivery system. If you do not agree with this process, please let us know as described below. Please also see the paragraph immediately above that describes the consequences of your electing not to receive delivery of the notices and disclosures

electronically from us.

**How to contact Triguard.com:**

You may contact us to let us know of your changes as to how we may contact you electronically, to request paper copies of certain information from us, and to withdraw your prior consent to receive notices and disclosures electronically as follows:

 To contact us by email send messages to: triguardprotection@gmail.com

**To advise Triguard.com of your new e-mail address**

To let us know of a change in your e-mail address where we should send notices and disclosures electronically to you, you must send an email message to us at triguardprotection@gmail.com and in the body of such request you must state: your previous e-mail address, your new e-mail address.  We do not require any other information from you to change your email address..

In addition, you must notify DocuSign, Inc. to arrange for your new email address to be reflected in your DocuSign account by following the process for changing e-mail in the DocuSign system.

**To request paper copies from Triguard.com**

To request delivery from us of paper copies of the notices and disclosures previously provided by us to you electronically, you must send us an e-mail to triguardprotection@gmail.com and in the body of such request you must state your e-mail address, full name, US Postal address, and telephone number. We will bill you for any fees at that time, if any.

**To withdraw your consent with Triguard.com**

To inform us that you no longer want to receive future notices and disclosures in electronic format you may:

> i. decline to sign a document from within your DocuSign session, and on the subsequent page, select the check-box indicating you wish to withdraw your consent, or you may;
> ii. send us an e-mail to triguardprotection@gmail.com and in the body of such request you must state your e-mail, full name, US Postal Address, and telephone number. We do not need any other information from you to withdraw consent..  The consequences of your withdrawing consent for online documents will be that transactions may take a longer time to process..

**Required hardware and software**

| | |
|---|---|
| Operating Systems: | Windows® 2000, Windows® XP, Windows Vista®; Mac OS® X |
| Browsers: | Final release versions of Internet Explorer® 6.0 or above (Windows only); Mozilla Firefox 2.0 or above (Windows and Mac); Safari™ 3.0 or above (Mac only) |
| PDF Reader: | Acrobat® or similar software may be required to view and print PDF files |
| Screen Resolution: | 800 x 600 minimum |
| Enabled Security Settings: | Allow per session cookies |

** These minimum requirements are subject to change. If these requirements change, you will be asked to re-accept the disclosure. Pre-release (e.g. beta) versions of operating systems and browsers are not supported.

**Acknowledging your access and consent to receive materials electronically**

To confirm to us that you can access this information electronically, which will be similar to other electronic notices and disclosures that we will provide to you, please verify that you were able to read this electronic disclosure and that you also were able to print on paper or electronically save this page for your future reference and access or that you were able to e-mail this disclosure and consent to an address where you will be able to print on paper or save it for your future reference and access. Further, if you consent to receiving notices and disclosures exclusively in electronic format on the terms and conditions described above, please let us know by clicking the â€˜I agreeâ€™ button below.

By checking the â€˜I agreeâ€™ box, I confirm that:

- I can access and read this Electronic CONSENT TO ELECTRONIC RECEIPT OF ELECTRONIC CONSUMER DISCLOSURES document; and

- I can print on paper the disclosure or save or send the disclosure to a place where I can print it, for future reference and access; and

- Until or unless I notify Triguard.com as described above, I consent to receive from exclusively through electronic means all notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to me by  Triguard.com during the course of my relationship with you.