Ortega v. TriSMART Solar, LLC, et al. - No. 5:25-CV-00865-JKP-HJB (W.D. Tex.)

# EXHIBIT B

Email Serving Plaintiff's First Set of Discovery Requests

on Counsel for Defendant Mark Bench

(June 1, 2026)



**From:** **Mark Ortega** MOrtega@utexas.edu
**Subject:** Discovery Requests - Mark Bench
**Date:** June 1, 2026 at 10:15 AM
**To:** Timothy Allen timothyallenlaw@gmail.com
**Cc:** Timothy Allen tallen@trismartsolar.com

Hi Tim,

Please see attached.

**Plaintiff's First Request for Production - Mark Bench.pdf**
226 KB



**Plaintiff's First Set For Admissions - Mark Bench.pdf**
226 KB

**Plaintiff's First Set of Interrogatories - Mark Bench.pdf**
264 KB



Regards,
Mark Anthony Ortega