**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| MARK ANTHONY ORTEGA,<br>          Plaintiff, | §<br>§<br>§ | |
| v. | §<br>§<br>§ | **Case No. 5:25-CV-00865-JKP-HJB** |
| TRISMART SOLAR, LLC, JOSE MANUEL<br>TURRUBIATES, and MARK BENCH,<br>          Defendants. | §<br>§<br>§<br>§ | |

**PLAINTIFF'S NOTICE OF DEEMED ADMISSIONS AS TO DEFENDANT TRISMART SOLAR, LLC**

Plaintiff Mark Anthony Ortega files this Notice of Deemed Admissions as to Defendant TriSMART Solar, LLC ("TriSMART") and states as follows:

1.      On June 1, 2026, Plaintiff served Plaintiff's Second Set of Requests for Admission to Defendant TriSMART Solar, LLC (Nos. 14 through 29) on TriSMART by email to its counsel of record, Timothy R. Allen, at timothyallenlaw@gmail.com and tallen@trismartsolar.com. A true and correct copy of the requests as served is attached as **Exhibit A**. A true and correct copy of the June 1, 2026 service email is attached as **Exhibit B**.

2.      Under Federal Rule of Civil Procedure 36(a)(3), "[a] matter is admitted unless, within 30 days after being served, the party to whom the request is directed serves on the requesting party a written answer or objection addressed to the matter and signed by the party or its attorney."

3.      TriSMART's answers or objections were due no later than July 1, 2026. As of the date of this Notice, TriSMART has served no answer or objection to any of the requests, and it has not sought or obtained any extension of time to respond from Plaintiff or from the Court.

4.      Each matter set forth in Request for Admission Nos. 14 through 29 is therefore admitted by operation of Rule 36(a)(3), without the need for any motion or order, and each

admitted matter "is conclusively established unless the court, on motion, permits the admission to be withdrawn or amended." Fed. R. Civ. P. 36(b); *In re Carney*, 258 F.3d 415, 419-20 (5th Cir. 2001) (matters are deemed admitted automatically upon a party's failure to respond within the time allowed by Rule 36(a)(3) and may properly support summary judgment).

5.      Plaintiff files this Notice to place the deemed admissions on the record and to advise TriSMART and its counsel that Plaintiff will rely on the deemed admissions for all purposes in this action, including in support of any motion for summary judgment.

Dated: July 12, 2026                                    Respectfully submitted,


                                                        */s/ Mark Anthony Ortega*
                                                        Mark Anthony Ortega
                                                        Plaintiff, Pro Se
                                                        PO Box 702099
                                                        San Antonio, TX 78270
                                                        Telephone: (210) 744-9663
                                                        mortega@utexas.edu

## CERTIFICATE OF SERVICE

I hereby certify that on July 12, 2026, I served a true and correct copy of the foregoing document,

together with Exhibits A and B, on the following counsel of record via electronic mail:


Timothy R. Allen
Texas Bar No. 24092028
600 Northpark Central Drive, Suite 140
Houston, Texas 77073
Telephone: (512) 577-9048
tallen@trismartsolar.com
timothyallenlaw@gmail.com
**Attorney for Defendant TriSMART Solar, LLC**


                                        */s/ Mark Anthony Ortega*
                                        Mark Anthony Ortega