Ortega v. TriSMART Solar, LLC, et al. - No. 5:25-CV-00865-JKP-HJB (W.D. Tex.)

# EXHIBIT B

Email Serving Plaintiff's Second Set of Discovery Requests

on Counsel for Defendant TriSMART Solar, LLC

(June 1, 2026)



**From:** **Mark Ortega** MOrtega@utexas.edu
**Subject:** Second Set of Discovery Requests TriSmart
**Date:** June 1, 2026 at 2:40 PM
**To:** timothyallenlaw@gmail.com
**Cc:** tallen@trismartsolar.com

Hi Tim,

Please see attached.

Regards,

Mark Anthony Ortega

**Plaintiff's Second Request for Production - TriSmart.pdf**

**Plaintiff's Second Set For Admissions - TriSmart.pdf**
161 KB

**Plaintiff's Second Set of Interrogatories - TriSmart.pdf**
161 KB