IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MARK ANTHONY ORTEGA, | § | |
| Plaintiff, | § | |
| v. | § | Case No. 5:25-CV-00865-JKP-HJB |
| TRISMART SOLAR, LLC, JOSE MANUEL | § | |
| TURRUBIATES, and MARK BENCH, | § | |
| Defendants. | § | |

**PLAINTIFF'S ADVISORY TO THE COURT REGARDING NONCOMPLIANCE WITH THE JULY 6, 2026 ORDER AND THE AUGUST 19, 2026 ADR DEADLINE**

Plaintiff Mark Anthony Ortega files this advisory to inform the Court of the status of discovery and of the alternative dispute resolution deadline. Plaintiff requests no relief.

1. On July 6, 2026, the Court granted Plaintiff's Motion to Compel in full. ECF No. 57. No Defendant has complied with any provision of that Order. TriSMART has served no verified interrogatory answers, no amended answers or responses, and no documents, and it did not confer regarding deposition dates. The most recent discovery any Defendant served in this action was on December 8, 2025, and no deposition has been taken.

2. Counsel for Defendants has not communicated with Plaintiff in any form since April 3, 2026. Plaintiff has since written to counsel on at least eight occasions, including on June 1, June 11, June 21, July 10 and July 12, 2026, and has received no response. No Defendant has filed anything in this action since May 8, 2026. ECF No. 53.

3. The Scheduling Order requires that an agreed alternative dispute resolution proceeding be completed, and a report filed with the Court, by August 19, 2026. ECF No. 16 ¶ 9. Plaintiff cannot complete one without the participation of parties who will not respond to him. Plaintiff intends to file a motion under Federal Rule of Civil Procedure 37(b), and files this advisory so that the Court is aware of the approaching deadline and of the reason it is unlikely to be met.

Dated: August 8, 2026

Respectfully submitted,

*/s/ Mark Anthony Ortega*
Mark Anthony Ortega
Plaintiff, Pro Se
PO Box 702099
San Antonio, TX 78270
Telephone: (210) 744-9663
mortega@utexas.edu

## CERTIFICATE OF SERVICE

I certify that on August 8, 2026, a true and correct copy of the foregoing was filed and served through the Court's CM/ECF electronic filing system, which sends notification of such filing to all counsel of record:

Timothy R. Allen
Texas Bar No. 24092028
600 Northpark Central Drive, Suite 140
Houston, Texas 77073
tallen@trismartsolar.com
timothyallenlaw@gmail.com
Attorney for Defendants TriSMART Solar, LLC and Mark Bench

*/s/ Mark Anthony Ortega*
Mark Anthony Ortega