**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **MARK ANTHONY ORTEGA,** | § | |
| Plaintiff, | § | |
| v. | § | **Case No. 5:25-CV-00865-JKP-HJB** |
| **TRISMART SOLAR, LLC, JOSE MANUEL TURRUBIATES, and MARK BENCH,** | § | |
| Defendants. | § | |

**ORDER GRANTING IN PART PLAINTIFF'S MOTION FOR SANCTIONS AND FOR LEAVE TO SERVE ONE SUBPOENA**

Before the Court is Plaintiff Mark Anthony Ortega's Motion for Sanctions under Federal Rules of Civil Procedure 37(b)(2) and 37(d) and for Leave to Serve One Subpoena. Having considered the motion, the record, and the applicable law, the Court finds that Defendant TriSMART Solar, LLC failed to obey the Court's Order of July 6, 2026, ECF No. 57, that Defendant Mark Bench failed to obey that Order and failed to respond to discovery served on him, and that the motion should be GRANTED IN PART as set out below. Accordingly, IT IS ORDERED as follows:

1. Facts established. Under Rule 37(b)(2)(A)(i), and confirming what Rules 36(a)(3) and 36(a)(6) already establish, the following are taken as established for all purposes in this action: (a) Jose Manuel Turrubiates is authorized to act as a dealer, independent contractor, or sales representative to market, promote, or generate sales leads for TriSMART Solar, LLC's products and services; (b) Jose Manuel Turrubiates placed one or more telephone calls to Plaintiff's number, (210) 744-9663; (c) TriSMART Solar, LLC possesses no document evidencing prior express written consent from Plaintiff to receive telemarketing calls from TriSMART Solar, LLC; and (d) TriSMART Solar, LLC's customer relationship management record reflects that a

"Do Not Call" or "DND" status was enabled for the contact associated with Plaintiff's number on or about July 16, 2025.

2. Evidence precluded. Under Rules 37(b)(2)(A)(ii) and 37(d)(3), TriSMART Solar, LLC is PROHIBITED from introducing into evidence, or relying on in support of or in opposition to any claim or defense, any document, record or testimony within the scope of paragraph 2 of the July 6, 2026 Order that it did not produce in compliance with that Order; and Mark Bench is PROHIBITED from introducing or so relying on any document, record or testimony within the scope of Plaintiff's June 1, 2026 discovery requests that he did not produce. These prohibitions apply at summary judgment and at trial.

3. Limited discovery. Under Rule 16(b)(4), and notwithstanding the August 4, 2026 discovery deadline, Plaintiff is GRANTED LEAVE to serve one subpoena under Rule 45 on JPMorgan Chase Bank, N.A. seeking, for the period January 1, 2025 to the present: (a) account opening records, signature cards, and monthly statements for each account held by or for TriSMART Solar, LLC; (b) for each transfer of $1,000.00 or more out of any such account, the complete transaction detail, including beneficiary name, beneficiary institution, and beneficiary account; (c) the corresponding records for each account held by or for Mark Bench into which funds from a TriSMART Solar, LLC account were deposited; and (d) for each such deposit, records of any transfer out of the receiving account within ninety days.

Plaintiff is FURTHER GRANTED LEAVE to serve a subpoena on any financial institution identified as a beneficiary institution in the production made in response to the subpoena authorized above.

4. Relief not addressed by this Order. Plaintiff's request that TriSMART Solar, LLC's affirmative defenses be struck, that Mark Bench's answer be struck, and his alternative request

for default judgment, are matters reserved to the District Judge under section II(B) of the Referral Order of July 25, 2025. ECF No. 4. This Order does not rule on them. The Clerk shall present those requests to Judge Pulliam for such disposition as he directs, including referral to the undersigned for a report and recommendation should he so choose.

IT IS SO ORDERED.

SIGNED this ______ day of ________________, 2026.

______________________________

**Henry J. Bemporad**
United States Magistrate Judge