# EXHIBIT A

Plaintiff's correspondence to counsel for Defendants, June 1 to July 12, 2026

# Plaintiff's correspondence to counsel for Defendants, June 1 to July 12, 2026

## 1. Discovery Requests - Mark Bench

**From:** Mark Ortega <MOrtega@utexas.edu>
**To:** Timothy Allen <timothyallenlaw@gmail.com>
**Cc:** Timothy Allen <tallen@trismartsolar.com>
**Sent:** Monday, June 1, 2026 at 10:15:59 AM CDT

Hi Tim,

Please see attached.

***Attachments transmitted with this message:***
*Plaintiff's First Request for Production - Mark Bench.pdf (application/pdf, 225,602 bytes, SHA-256 22b6f8fab7b31f1c)*
*Plaintiff's First Set For Admissions - Mark Bench.pdf (application/pdf, 225,669 bytes, SHA-256 9b08f11ab5c8e11f)*
*Plaintiff's First Set of Interrogatories - Mark Bench.pdf (application/pdf, 263,993 bytes, SHA-256 00cc3891dbabb387)*

*Message-ID: <AA1B03F3-6191-40C2-A9BF-5074BCC7C544@utexas.edu>*

## 2. Deposition Scheduling

**From:** Mark Ortega <MOrtega@utexas.edu>
**To:** Timothy Allen <timothyallenlaw@gmail.com>
**Cc:** Timothy Allen <tallen@trismartsolar.com>
**Sent:** Monday, June 1, 2026 at 10:18:04 AM CDT

Hi Tim,

Please give me three dates between July 13, 2026 - July 31, 2026 that Mark Bench and the corporate representative from TriSmart will be available for a deposition over video conference.

Regards,
Mark Anthony Ortega

*Message-ID: <BE69D01B-1426-4CDE-9154-CA801ED38C23@utexas.edu>*

## 3. TriSmart Discovery Deficiency

**From:** Mark Ortega <MOrtega@utexas.edu>
**To:** timothyallenlaw@gmail.com
**Cc:** tallen@trismartsolar.com
**Sent:** Monday, June 1, 2026 at 1:33:50 PM CDT

Hi Tim,

Please see attached.

Regards,
Mark Anthony Ortega

***Attachment transmitted with this message:***
*6-1-2026 - TriSmart Discovery Deficiency Letter.pdf (application/pdf, 183,240 bytes, SHA-256 e1caad678b74cc03)*

*Message-ID: <B037C85A-558D-4323-A79B-D10778AC7C3E@utexas.edu>*

## 4. Second Set of Discovery Requests TriSmart

**From:** Mark Ortega <MOrtega@utexas.edu>
**To:** timothyallenlaw@gmail.com
**Cc:** tallen@trismartsolar.com
**Sent:** Monday, June 1, 2026 at 2:40:21 PM CDT

Hi Tim,

Please see attached.

Regards,
Mark Anthony Ortega

***Attachments transmitted with this message:***
*Plaintiff's Second Request for Production - TriSmart.pdf (application/pdf, 163,156 bytes, SHA-256 0f65d1016f11ac15)*
*Plaintiff's Second Set For Admissions - TriSmart.pdf (application/pdf, 160,617 bytes, SHA-256 ff5b1afa39df463c)*
*Plaintiff's Second Set of Interrogatories - TriSmart.pdf (application/pdf, 160,559 bytes, SHA-256 9eed1148f1933821)*

*Message-ID: <B11CF6C6-3E32-4FC2-B673-016A7DA6FF1B@utexas.edu>*

## 5. Re: Deposition Scheduling

**From:** Mark Ortega <MOrtega@utexas.edu>
**To:** Timothy Allen <timothyallenlaw@gmail.com>
**Cc:** Timothy Allen <tallen@trismartsolar.com>
**Sent:** Thursday, June 11, 2026 at 3:05:39 PM CDT

Hi Tim,

I'm following up on my June 1, 2026 email below, requesting three dates between July 13 and July 31, 2026 for the video depositions of Mark Bench, individually, and TriSMART Solar, LLC's corporate representative under Fed. R. Civ. P. 30(b)(6). I have not received a response.

To assist TriSMART in identifying and preparing the appropriate designee, below is a draft list of the examination topics I intend to include in the 30(b)(6) notice. I am providing these in advance of serving the notice to facilitate the good-faith conferral Rule 30(b)(6) requires regarding the matters for examination, and I am glad to confer on the scope or wording of any topic.

Draft Rule 30(b)(6) Topics:

TriSMART's acquisition of sales leads for Texas consumers from January 1, 2025 through December 31, 2025, including the identity of all third-party lead generators, appointment setters, and affiliates used, and how each was compensated.
TriSMART's relationship with Jose Manuel Turrubiates, including all agreements (written or oral), his scope of authority, services performed, compensation and payments, supervision and monitoring, and the start, status, and end of the relationship.
TriSMART's knowledge of "Smart Home Solar" and the agent identified as "Ed," including any investigation into their identities and any leads, appointments, or sales attributable to them.
All calls, text messages, and other communications to or concerning telephone number (210) 744-9663, including the April 22, 2025 and June 17, 2025 calls, and the related call logs, recordings, and dispositions.
TriSMART's CRM system, including the platform used, the contact record for (210) 744-9663, that record's creation date, lead source and "First Attribution Source" fields, agent notes, and the July 16, 2025 "Inbound DND" activation reflected in TriSMART's production.
TriSMART's internal do-not-call list and its policies and procedures for receiving, recording, and honoring do-not-call requests, including compliance with 47 C.F.R. § 64.1200(d).
TriSMART's TCPA and telemarketing compliance policies and training, and the steps taken to verify that leads it accepted or paid for were obtained with the consumer's consent.
The telephone and dialing systems, software, and platforms used by TriSMART or its agents during 2025 to place outbound calls and texts, including their capabilities (automated or list-based dialing, number rotation, caller-ID display) and any call-recording functionality.
TriSMART's registration status under Tex. Bus. & Com. Code § 302.101 and the factual basis for the claimed exemption under § 302.059.
The factual bases for the affirmative defenses pleaded in TriSMART's Answer (ECF No. 46), including the contentions that Plaintiff's number is used for business purposes and that TriSMART did not employ or

authorize Turrubiates, "Ed," or "Smart Home Solar."
TriSMART's financial condition from December 1, 2025 to the present, including the December 2025 employee furlough, the pause of operations and site surveys, and its ability to pay debts as they became due.
Transfers of funds from TriSMART's accounts, including accounts at JP Morgan Chase, from December 1, 2025 to the present, including any transfer of approximately $700,000 in or around January 2026, and each transfer's authorization, recipient, consideration, and purpose.
TriSMART's corporate structure and governance, including its members, officers, and affiliates; Mark Bench's roles; capitalization; distributions or payments to insiders; and observance of company formalities.
TriSMART's document-retention and litigation-hold practices, and the searches performed to locate documents and information responsive to Plaintiff's discovery requests in this case.

Mr. Bench's deposition will be taken in his individual capacity under Rule 30(b)(1), so no topic list is required for him. Each deposition will be taken by videoconference before a court reporter and is limited to one day of seven hours under Rule 30(d)(1).

Please provide three dates between July 13 and July 31, 2026 on which each witness is available by Thursday, June 18, 2026. If I do not hear from you by then, I will serve deposition notices for dates of my choosing within that window and, if necessary, seek the Court's assistance.

Separately, my June 1, 2026 deficiency letter remains outstanding and I have not received TriSMART's supplemental responses and verified interrogatory answers.

Regards,
Mark Anthony Ortega

*[Quoted text of the earlier messages in this thread is omitted here; each appears in full as its own numbered entry in this exhibit.]*

*Message-ID: <16B736C5-CEC0-4B34-82B0-64B322B9C34E@utexas.edu>*

## 6. Motion to Compel Discovery and Depositions

**From:** Mark Ortega <MOrtega@utexas.edu>
**To:** timothyallenlaw@gmail.com
**Cc:** tallen@trismartsolar.com
**Sent:** Sunday, June 21, 2026 at 9:32:10 PM CDT

Hi Tim,

Please see attached.

Regards,
Mark Anthony Ortega

***Attachments transmitted with this message:***
*Exhibit A.pdf (application/pdf, 288,975 bytes, SHA-256 f57f021d3acc22b4)*
*Exhibit B.pdf (application/pdf, 476,209 bytes, SHA-256 65e99e40ab1d2fcb)*
*Exhibit C.pdf (application/pdf, 460,690 bytes, SHA-256 31d70c018dbefe1f)*
*Exhibit D.pdf (application/pdf, 177,774 bytes, SHA-256 0caea63aa37f0314)*
*Exhibit E.pdf (application/pdf, 50,757 bytes, SHA-256 e6cea94478820ea5)*
*Exhibit F.pdf (application/pdf, 76,242 bytes, SHA-256 88cda323a96840d0)*
*Exhibit G.pdf (application/pdf, 277,178 bytes, SHA-256 9d0b8b9dfeb0ce2d)*
*Exhibit H.pdf (application/pdf, 1,994,314 bytes, SHA-256 b317b7b80e3b5166)*
*6-21-2026 - Plaintiffs Motion to Compel Discovery and Depositions - TriSmart.pdf (application/pdf, 169,534 bytes, SHA-256 e251b254b43b5f14)*
*6-21-2026 - Proposed Order Granting Plaintiffs Motion to Compel Discovery and Depositions - TriSmart.pdf (application/pdf, 118,854 bytes, SHA-256 bd2f23713a432c1e)*

*Message-ID: <6D0A0850-C8BC-4AAE-B046-22604171EBCE@utexas.edu>*

## 7. Scheduling Depositions

**From:** Mark Ortega <MOrtega@utexas.edu>
**To:** Timothy Allen <timothyallenlaw@gmail.com>
**Cc:** Timothy Allen <tallen@trismartsolar.com>
**Sent:** Friday, July 10, 2026 at 7:31:55 AM CDT

Hi Tim,

We have until July 13, 2026 to confer dates for both depositions to be held between now until August 6, 2026. Please give me a time and date that both defendant's will be ready and available to sit for their depositions. If we can't come to an agreement by the 13th I will be noticing both defendants and setting their depositions for dates I'm available.

***Attachment transmitted with this message:***
*57 - Order Granting Motion to Compel - TriSmart.pdf (application/pdf, 298,858 bytes, SHA-256 4d522df1371cc92f)*

*Message-ID: <1B45DFDD-F8BD-46D8-89D9-372AD9C6E603@utexas.edu>*

## 8. Overdue Responses to Plaintiff's June 1 Discovery Requests

**From:** Mark Ortega <MOrtega@utexas.edu>
**To:** Timothy Allen <timothyallenlaw@gmail.com>
**Cc:** Timothy Allen <tallen@trismartsolar.com>
**Sent:** Sunday, July 12, 2026 at 2:59:11 PM CDT

Hi Tim,

On June 1, 2026, I served by email the following discovery, all of which is now overdue: the Second Set of Requests for Admission (Nos. 14-29), Second Set of Interrogatories (Nos. 16-24), and Second Requests for Production (Nos. 16-30) to TriSmart, and the First Set of Requests for Admission (Nos. 1-30), First Set of Interrogatories (Nos. 1-16), and First Requests for Production (Nos. 1-18) to Mr. Bench. Responses for both defendants were due July 1, 2026. Eleven days have now passed, and I have received no responses, no objections, and no request for an extension from either defendant.

As a result, under Rule 36(a)(3) the requests for admission are now deemed admitted as to both TriSmart and Mr. Bench, and objections to the interrogatories and requests for production have been waived. See Fed. R. Civ. P. 33(b)(4)

Please serve complete verified interrogatory answers, written responses, and all responsive documents for both defendants, without objections, by the end of the day on Friday, July 17, 2026. If I do not receive them by then, I will move to compel and will seek expenses and sanctions under Rule 37(a) and (d). I am available to confer by phone any day this week, and I ask that you treat this email as my good-faith attempt to confer under Rule 37 and Local Rule CV-7(g).

Regards,
Mark Anthony Ortega

*Message-ID: <0804DF5D-4546-4FC2-BB6D-8904AF436A19@utexas.edu>*