UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**October 9, 2026**

Mark Anthony Ortega

Plaintiff,

V. 5:25-cv-00865-JKP-HJB

TriSMART Solar, LLC, et al.

Defendant.

DEFAULT ENTRY BY CLERK

It appearing from the records in the above entitled action that summons, issued on Plaintiff's Complaint, has been served upon the defendant(s) named below, and it further appearing from the affidavit of counsel for plaintiff that defendant(s) has failed to plead or otherwise defend in said action, as directed in said summons and as provided in the Federal Rules of Civil Procedure:

NOW, therefore, on request of counsel for plaintiff, the default of the following named defendant(s) is hereby entered:

TriSMART Solar, LLC & Mark Bench

PHILLIP J. DEVLIN, CLERK
UNITED STATES DISTRICT COURT

By: Brenda Trujillo
Brenda Trujillo, Deputy Clerk